1  Brendan P. Cullen (SBN 194057) cullenb@sullcrom.com
   Amie D. Rooney (SBN 215324) rooneya@sullcrom.com
2  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
3  Palo Alto, California  94303
   Telephone:    (650) 461-5600
4  Facsimile:    (650) 461-5700

5  Attorneys for Defendant ABN AMRO Bank, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST, | Case No. C07-06169 |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| ABN AMRO BANK, N.A., PB TRADING S.A., JAIME S. DREYFUS ZAMOKEVICH, J. RICHTER, RUDY BECKMAN, GRIP VERKIN, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of named defendant ABN AMRO Bank, N.A., effective immediately.

Date:  December 28, 2007

/s/ Brendan P. Cullen

Brendan P. Cullen (SBN 194057)
Amie D. Rooney (SBN 215324)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Attorneys for ABN AMRO Bank, N.A.