Brendan P. Cullen (SBN 194057) cullenb@sullcrom.com
Amie D. Rooney (SBN 215324) rooneya@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Defendant ABN AMRO Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST,<br><br>             Plaintiff,<br><br>v.<br><br>ABN AMRO BANK, N.A., PB TRADING S.A., JAIME S. DREYFUS ZAMOKEVICH, J. RICHTER, RUDY BECKMAN, GRIP VERKIN,<br><br>             Defendants. | Case No. C07-06169<br><br>**DECLARATION OF AMIE D. ROONEY IN SUPPORT OF DEFENDANT ABN AMRO BANK, N.A.'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**<br><br>**Assigned to: Hon. Bernard Zimmerman**<br>**Date Action Filed: December 5, 2007**<br>**Trial Date: Not yet set**<br><br>**Hearing: January 16, 2008**<br>**Time: 10:00 a.m.** |

I, AMIE D. ROONEY, hereby declare:

1. I am an associate at the law firm of Sullivan & Cromwell LLP, and I am duly admitted to practice law in the State of California. Sullivan & Cromwell has been engaged to represent Defendant ABN AMRO Bank, N.A. ("ABN AMRO") in the above-entitled action. I make this Declaration in support of ABN AMRO's motion for extension of time to respond to the complaint filed by E&M Trust on December 5, 2007. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. ABN AMRO was served with the complaint in this action by mail at its New York, New York offices on or about December 10, 2007. The complaint is signed by William Spencer and the signature line reads "E&M Trust, Plaintiff in Care of William Spencer." The summons requires service of an answer upon "E&M Trust, Plaintiff pro se In Care of William Spencer."

3. On December 21, 2007, I attempted to contact the Plaintiff by phone at the number listed on the complaint. The phone was answered by an answering machine that did not identify the owner of the number in its out-going message, but I was able to leave a message identifying myself as a representative for ABN AMRO in this action. I requested that either Mr. Spencer or someone else from E&M Trust contact me to discuss a stipulation to extend time for ABN AMRO to respond to the complaint. I followed up with a letter to Mr. Spencer which I faxed to the number listed on the complaint and mailed to the street address of record.

4. Attached as **Exhibit A** is a true and correct copy of the follow-up letter (with fax confirmation receipt) from me to William Spencer, E&M Trust, dated December 21, 2007.

5. I did not receive any response to either the phone message or the faxed letter.

6. On December 26, 2007, I again attempted to contact the Plaintiff by phone at the number listed on the complaint. Again, I left a message with detailed information regarding how to contact me and the stipulation ABN AMRO was seeking from the Plaintiff. I did not receive any response to this second phone message.

7. On December 27, 2007, I again faxed a letter to Plaintiff at the listed fax number requesting the Plaintiff's agreement to an extension of time for ABN AMRO to respond to the complaint. There has been no response of any kind.

1

8. Attached as **Exhibit B** is a true and correct copy of the follow-up letter (with fax confirmation receipt) from me to William Spencer, E&M Trust, dated December 27, 2007.

9. Defendant ABN AMRO is seeking an extension of time to respond to the complaint in order to conduct a thorough investigation into the serious claims brought by the Plaintiff. Moreover, ABN AMRO's lead counsel in this matter had pre-existing travel plans that will have him out of the country from January 2 through January 16, 2008. The extension of time is necessary to secure his participation in and oversight of ABN AMRO's response to the complaint as well as to investigate the allegations of the complaint (including the identity of the Plaintiff which is described only as a "Corporation formed in Compliance with the laws of the land") and to obtain information from the client, including information located outside the United States, regarding the matters at issue. ABN AMRO may be severely harmed and prejudiced if it is not afforded the additional time requested.

10. Because the complaint includes information regarding the arrest and federal felony conviction of William Spencer, the person who signed the complaint for E&M Trust, for crimes relating to the alleged document at issue in this case, I reviewed the criminal court filings for information and found the docket for *U.S.* v. *Boghosian, et al.*, Case No. 05-cr-00351-LAP (SDNY), which names William H. Spencer as a Defendant. This docket reflects a conviction by jury for Conspiracy to Defraud the United States and lists a disposition of 51 months imprisonment, 2 years supervised release and a fine of $12,500.00. Attached as **Exhibit C** is a true and correct copy of the docket for *U.S.* v. *Boghosian, et al.,* Case No. 05-00351-LAP (SDNY). It is thus possible that Mr. Spencer does not respond to messages because he is currently incarcerated.

1  I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct.
3  Executed this 28th day of December, 2007 at Palo Alto, California.

      /s/ Amie D. Rooney
_____
Amie D. Rooney (SBN 215324)
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Attorneys for ABN AMRO Bank, N.A.