# EXHIBIT A

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-650-461-5600
FACSIMILE: 1-650-461-5700
WWW.SULLCROM.COM

*1870 Embarcadero Road*
*Palo Alto, California 94303-3308*

LOS ANGELES • NEW YORK • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

December 21, 2007

By Facsimile and U.S. Mail

William Spencer,
  E&M Trust,
    715 MacArthur Boulevard,
      San Leandro, California 94577.

   Re:   *E&M Trust v. Int'l. Holding Co., et al,* Case No. 07-06169

Dear Mr. Spencer:

   I write this letter on behalf of ABN AMRO and as follow-up to my voicemail message of earlier today.

   We are in receipt of a copy of the complaint in the above-entitled action. Given both the nature of the claim as well as the intervening Christmas and New Year holidays, we would like to request that E&M Trust stipulate pursuant to Local Rule 6-1 and 6-2 to extend the time in which the Defendants must respond to the complaint.

   Please call me at (650) 461-5600 at your earliest convenience so that we may discuss this matter. Thank you.

                                                   Very truly yours,

                                                   Amie D. Rooney

| | FAX COVER PAGE |
|---|---|

## SULLIVAN & CROMWELL LLP

1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

📠 FAX NUMBER
☎ VOICE NUMBER

Date: December 21, 2007

| **FROM:** | | SENDER'S NUMBER(S) | |
|---|---|---|---|
| | Amie D. Rooney | ☎ 650-461-5619 | |
| | | 📠 650-461-5700 | |

| **TO:** | | COMPANY | NUMBER(S) |
|---|---|---|---|
| 1. | William Spencer | E&M Trust | 📠 510-315-3200 |
| | | | ☎ 510-639-7123 |

*Message:*

Please see letter attached.

Number of pages sent
(including cover sheet[s])   **2**

**If there are any problems with this facsimile, please call Fax Department at this number: 650-461-5600.**

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.

Confirmation Report – Memory Send

Page         : 001
Date & Time  : Dec-21-07  11:23am
Line 1       : 6504615700
Line 2       :
Machine ID   : Sullivan & Cromwell LLP

| | | |
|---|---|---|
| Job number | : | 369 |
| Date | : | Dec-21 11:22am |
| To | : | ☎15103153200 |
| Number of pages | : | 002 |
| Start time | : | Dec-21 11:22am |
| End time | : | Dec-21 11:23am |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 369 | *** SEND SUCCESSFUL *** |

FAX COVER PAGE

**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

☏ FAX NUMBER
☎ VOICE NUMBER

Date: December 21, 2007

FROM:            SENDER'S NUMBER(S)
   Amie D. Rooney      ☎ 650-461-5619
                       ☏ 650-461-5700

TO:              COMPANY            NUMBER(S)
 1. William Spencer    E&M Trust     ☏ 510-315-3200
                                     ☎ 510-639-7123

Message:
   Please see letter attached.

Number of pages sent
(including cover sheet(s))    2

If there are any problems with this facsimile, please call Fax Department at this number: 650-461-5600.

Confidentiality Note: The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.