# EXHIBIT C

Case 3:07-cv-06169-BZ   Document 7-4   Filed 12/28/2007   Page 1 of 18

**From:**
**Sent:** Friday, December 21, 2007 10:26 AM
**To:**

APPEAL, CLOSED, ECF, PRIOR

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00351-LAP All Defendants

| | |
|---|---|
| Case title: USA v. Boghosian et al | Date Filed: 04/04/2005 |
| Magistrate judge case number: 1:05-mj-00423-UA | Date Terminated: 05/22/2006 |

Assigned to: Judge Loretta A. Preska

### Defendant (1)

| | |
|---|---|
| **Paul Boghosian**<br>*TERMINATED: 05/22/2006* | represented by **Jennifer L Brown**<br>Federal Defenders of New York Inc. (NYC)<br>52 Duane Street<br>10th Floor<br>New York, NY 10007<br>212-417-8700<br>Fax: 212-571-0392<br>Email: jennifer_brown@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (TO COMMIT BANKRUPTCY FRAUD)<br>(1) | Imprisonment: 24 months on each count to run concurrently. Supervised Release: 2 years on each count to run concurrently.<br>Imprisonment: 24 months on |

12/21/2007

| | |
|---|---|
| RACKETEERING - BRIBERY (COMMERCIAL BRIBERY) (3) | each count to run concurrently. Supervised Release: 2 years on each count to run concurrently. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| RACKETEERING - BRIBERY (COMMERCIAL BRIBERY) (2) | Dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F - Conspiracy to defraud the United States | |

---

Assigned to: Judge Loretta A. Preska

**Defendant (2)**

| **William H. Spencer** *TERMINATED: 05/22/2006* | represented by | **Jerry Lee Tritz** Jerry L. Tritz, Esq. 319 Broadway, Suite 500 New York, NY 10007 (212) 964-0455 Fax: 212 732-8460 Email: jtritz3@aol.com *ATTORNEY TO BE NOTICED Designation: CJA Appointment* |
|---|---|---|

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (TO COMMIT BANKRUPTCY FRAUD) (1) | Imprisonment: 51 months. Supervised Release: 2 years.$100.00 special assessment. Fine: $12,500.00. |

12/21/2007

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                         **Disposition**

None

---

**Plaintiff**

USA                              represented by **William John Stellmach**
                                                United States Attorney,
                                                Southern District New York
                                                Department of Justice
                                                One Saint Andrew's Plaza
                                                New York, NY 10007
                                                (212)-637-2101
                                                Fax: (212)-637-2527
                                                Email:
                                                william.stellmach@usdoj.gov

                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2005 | 1 | COMPLAINT in violation of 18 USC 371 as to Paul Boghosian (1). (Signed by Judge Frank Maas ) (kwi, ) [1:05-mj-00423-UA] (Entered: 03/15/2005) |
| 03/09/2005 | 3 | Order to Unseal Case as to Paul Boghosian.. (Signed by Judge Frank Maas on 3/9/05)(kwi, ) [1:05-mj-00423-UA] (Entered: 03/15/2005) |
| 03/09/2005 |   | Arrest of Paul Boghosian in Eastern District of Missouri. (vb, ) (Entered: 04/13/2005) |
| 04/04/2005 | 4 | INDICTMENT FILED as to Paul Boghosian (1) count (s) 1, 2-3, William H. Spencer (2) count(s) 1. |

| | | |
|---|---|---|
| | | (jm, ) (Entered: 04/04/2005) |
| 04/04/2005 | | Case Designated ECF as to Paul Boghosian, William H. Spencer.(jm, ) (Entered: 04/04/2005) |
| 04/12/2005 | 6 | Rule 5(c)(3) Documents Received as to Paul Boghosian from the U.S.D.C. Eastern District of Missouri. (Attachments: # 1 Case Information Statement# 2 Complaint from S.D.N.Y.# 3 Warrant from SDNY# 4 Letter from Deputy Clerk# 5 Order Appointing Federal Public Defender# 6 CJA 23 Financial Affidavit# 7 Affidavit of Ownership# 8 $100,000. Secured Bond# 9 Order Setting Conditions of Release# 10 Minute Entry for Proceedings# 11 Notice of Filing# 12 Minute Entry for Proceedings# 13 Letter from Deputy Clerk# 14 Order for Defendant to Appear)(rag, ) (Entered: 04/12/2005) |
| 04/12/2005 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox : AUSA William Stellmach present for the government, Defendant Paul Boghosian present with attorney Jennifer Brown of federal defenders. Bail Set: $100,000.00 PRB co-signed by 2 FRP's and secured by $10,000.00 in cash; Travel limits include the SDNY & EDNY and extended to include the EDMO and Points between these districts so that the defendant can attend court sessions and meet with counsel; Surrender of travel documents and no new applications; regular pre-trial supervision including Home Incarceration; Defendant is arraigned to indictment and pleaded Not guilty. Time between 4/12/05 and 4/15/05 is excluded from the speedy trial act calculation on consent.Initial Appearance as to Paul Boghosian held on 4/12/2005. (vb, ) (Entered: 04/13/2005) |
| 04/12/2005 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox : AUSA William Stellmach present for the government, Defendant Paul Boghosian present with attorney Jennifer Brown. Bail Set: $100,000.00 PRB; co-signed by 2 FRP's and secured by $10,000.00 in cash; Travel limits include the SDNY & EDNY and the EDMO and points in between these districts so that the defendant can attend court sessions and meet with counsel. surrender of travel documents and no new applications; regular pre-trial supervision; home incarceration.Arraignment as to Paul Boghosian |

| | | |
|---|---|---|
| | | (1) Count 1,2-3Paul Boghosian (1) Count 1,2-3 held on 4/12/2005., Plea entered by Paul Boghosian (1) Count 1,2-3Paul Boghosian (1) Count 1,2-3 Not Guilty., as to Paul Boghosian Time is excluded between 4/12/05 and 4/15/05 from the speedy trial act calculation on consent. (vb, ) (Entered: 04/14/2005) |
| 04/12/2005 | | Arrest of William H. Spencer in Northern District of California. (vb, ) (Entered: 04/14/2005) |
| 04/12/2005 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox : AUSA William Stellmach present for the Government, Defendant Spencer present with attorney Jerry Tritz. Bail Set: $200,000.00 PRB; co-signed by 2 FRP's; travel limits include the SDNY & EDNY and the NDCA and points between these districts so that the defendant can attend court sessions and meet with counsel. Surrender of travel documents, regular pre-trial supervision. Defendant arraigned to Indictment and pleaded Not Guilty; Time is excluded from the speedy trial act calculation diring the period 4/12/05 to 4/15/05 on consent.Initial Appearance as to William H. Spencer held on 4/12/2005. (vb, ) (Entered: 04/14/2005) |
| 04/12/2005 | | Minute Entry for proceedings held before Judge Kevin Nathaniel Fox : AUSA William Stellmach present for the Government, Defendant Spencer present with attorney Jerry Tritz. Bail Set: $200,000.00 PRB; co-signed by 2 FRP's; travel limits include the SDNY & EDNY and the NDCA and points between these districts so that the defendant can attend court sessions and meet with counsel. Surrender of travel documents, regular pre-trial supervision; Time is excluded from the speedy trial act calculation diring the period 4/12/05 to 4/15/05 on consent.Arraignment as to William H. Spencer (2) Count 1William H. Spencer (2) Count 1 held on 4/12/2005., Plea entered by William H. Spencer (2) Count 1William H. Spencer (2) Count 1 Not Guilty., as to William H. Spencer (vb, ) (Entered: 04/14/2005) |
| 04/12/2005 | 9 | PRB Bond Entered as to William H. Spencer in amount of $ 200,000.00, co-signed by 2 FRP's; travel limits include the SDNY & EDNY and the NDCA and points between these districts so that |

| | | |
|---|---|---|
| | | the defendant can attend court sessions and meet with counsel. Surrender of travel documents, regular pre-trial supervision. (vb, ) (Entered: 04/14/2005) |
| 04/12/2005 | 10 | ADVICE OF PENALTIES AND SANCTIONS as to William H. Spencer. (vb, ) (Entered: 04/14/2005) |
| 04/12/2005 | 13 | CJA 20 as to William H. Spencer: Appointment of Attorney Jerry L Tritz for William H. Spencer.. (Signed by Judge Kevin Nathaniel Fox on 04/12/05) The CJA Office has mailed the original to the attorney and sent a copy to the case file.(pa, ) (Entered: 05/23/2005) |
| 04/18/2005 | 11 | ENDORSED LETTER as to Paul Boghosian, William H. Spencer addressed to Judge Preska from AUSA William J. Stellmach dated 4/13/05 re: confirming that the initial pretrial conference is scheduled for 4/26/05 at 2:00 p.m. and requesting, with the consent of defense counsel, that time be excluded. Judge memo-endorsed: SO ORDERED. (Signed by Judge Loretta A. Preska on 4/15/05) (ph, ) (Entered: 04/19/2005) |
| 04/18/2005 | 12 | ENDORSED LETTER as to Paul Boghosian addressed to Judge Preska from Attorney Jennifer L. Brown dated 4/14/05 re: requesting a modification of the defendant's bail conditions to remove the condition of home confinement and electronic monitoring. Judge memo-endorsed: So ordered. (Signed by Judge Loretta A. Preska on 4/15/05) (ph, ) (Entered: 04/19/2005) |
| 06/13/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Pretrial Conference as to Paul Boghosian, William H. Spencer held on 6/13/2005 Defts. pres. w/atty 7 AUSA. Next conference scheduled & time excluded. (pr, ) (Entered: 08/24/2005) |
| 06/13/2005 | | ORAL ORDER as to Paul Boghosian, William H. Spencer, Next Status Conference set for 8/17/2005 09:00 AM before Judge Loretta A. Preska..(pr, ) (Entered: 08/24/2005) |
| 06/13/2005 | | ORAL ORDER as to Paul Boghosian, William H. Spencer Time excluded from 6/13/05 until 8/17/05.ordered by Judge Preska.(pr, ) (Entered: 08/24/2005) |
| 06/27/2005 | 14 | ENDORSED LETTER as to Paul Boghosian, William H. |

12/21/2007

| | | |
|---|---|---|
| | | Spencer addressed to Judge Preska from William Stellmach and Raymond Lohier re: Requests for the case be rescheduled for August 17, 2005 at 9am.., ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT as to Paul Boghosian, William H. Spencer. Time excluded from 6/27/05 until 8/17/05., as to Paul Boghosian, William H. Spencer; Motions due by 8/17/2005. Judge Memo-endorsed...SO ORDERED. (Signed by Judge Loretta A. Preska on 6/21/05) (jw, ) (Entered: 06/29/2005) |
| 07/25/2005 | 15 | ENDORSED LETTER as to William H. Spencer addressed to Judge Preska from Jerry L. Tritz dated 7/18/05 re: To travel from his home in California to Washington D.C. He plans to leave California on Wednesday, July 20, 2005 and return on Friday, July 22, 2005. Judge Memo-endorsed...SO ORDERED. (Signed by Judge Loretta A. Preska on 7/19/05)(jw, ) (Entered: 07/26/2005) |
| 08/17/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Status Conference as to Paul Boghosian, William H. Spencer held on 8/17/2005 AUSA Stellmach present. Ms. Brown present on behalf of Mr. Boghosian whose presence is waived. Mr. Tritz present on behalf of Mr. Spencer whose presence is waived. schedule set. time excluded. (Court Reporter Denise Richards) (pr, ) (Entered: 08/22/2005) |
| 08/17/2005 | | ORAL ORDER as to Paul Boghosian, William H. Spencer, Motions if any other then 404(b) motions shall be submitted if any, necessary by 9/21/2005. Voir dire and proposed requests to charge to be submitted 1 week in advance. Jury Trial set for 10/5/2005 before Judge Loretta A. Preska..(pr, ) (Entered: 08/22/2005) |
| 08/17/2005 | | ORAL ORDER as to Paul Boghosian, William H. Spencer Time excluded from 8/17/05 until 10/5/05..(pr, ) (Entered: 08/22/2005) |
| 09/02/2005 | 16 | FIRST MOTION to Modify Conditions of Release. Document filed by William H. Spencer. (Tritz, Jerry) (Entered: 09/02/2005) |
| 09/13/2005 | 17 | ENDORSED LETTER as to William H. Spencer addressed to Judge Preska from Jerry L. Tritz dated 9/2/05 re: Bail condition be modified to allow deft. to travel within the continental US without any further authorization.So ordered. |

| | | |
|---|---|---|
| | | (Signed by Judge Loretta A. Preska on 9/8/05) (pr, ) (Entered: 09/13/2005) |
| 09/23/2005 | 18 | TRANSCRIPT of Proceedings as to Paul Boghosian, William H. Spencer held on 8/17/05 before Judge Loretta A. Preska. (jno, ) (Entered: 09/23/2005) |
| 09/26/2005 | 19 | PROPOSED EXAMINATION OF JURORS by USA as to Paul Boghosian, William H. Spencer. (Finzi, Roberto) (Entered: 09/26/2005) |
| 09/26/2005 | 20 | Request To Charge by USA as to Paul Boghosian, William H. Spencer. (Finzi, Roberto) (Entered: 09/26/2005) |
| 09/27/2005 | 21 | Proposed Voir Dire Questions by Paul Boghosian. (Brown, Jennifer) (Entered: 09/27/2005) |
| 09/29/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Status Conference as to Paul Boghosian (present w/atty Jennifer Brown) and William H. Spencer (present w/atty William H. Spencer) held on 9/29/2005. AUSA Roberto Finzi present. Court Reporter Vincent Bologna present. Conference re final trial preparations. Jury selection will commence at 10 a.m. on Monday, October 3, 2005. Court will then recess until Thursday, October 5, 2005 at 10:00 a.m. for opening statements and presentation of evidence and will continue from day to day as necessary. Court will not sit on Columbus Day (October 10) or Yom Kippur (October 13). (kw, ) (Entered: 10/04/2005) |
| 10/03/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Voir Dire begun on 10/3/2005 Paul Boghosian (1) on Count 1,2-3 and William H. Spencer (2) on Count 1. (jp, ) (Entered: 10/24/2005) |
| 10/03/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Selection as to Paul Boghosian, William H. Spencer held on 10/3/2005 (jp, ) (Entered: 10/24/2005) |
| 10/03/2005 | | Jury Impaneled as to Paul Boghosian, William H. Spencer. (jp, ) (Entered: 10/24/2005) |
| 10/03/2005 | | Jury Sworn as to Paul Boghosian, William H. Spencer. (jp, ) (Entered: 10/24/2005) |
| 10/03/2005 | | Minute Entry for proceedings held before Judge |

| | | |
|---|---|---|
| | | Loretta A. Preska :Voir Dire held on 10/3/2005 as to Paul Boghosian, William H. Spencer (jp, ) (Entered: 10/24/2005) |
| 10/03/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer held on 10/3/2005; Deft Bhoghosian present w/atty Jennifer Brown. Deft Spencer present w/atty Jerry Tritz. AUSA's Roberto Finzi and William Stellmark present. Court Reporter present. Voir dire held; jury selected and sworn; trial adjourned to 10/6/2005. (jp, ) (Entered: 10/24/2005) |
| 10/05/2005 | 22 | BAIL MODIFICATION ORDER as to Paul Boghosian. Modified to permit Mr. Boghosian to travel to Allentown PA. from 9/30/05 to 10/2/05.So Ordered. (Signed by Judge Loretta A. Preska on 9/29/05) (pr, ) (Entered: 10/05/2005) |
| 10/06/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer continued on 10/6/2005. Governments opening statements; opening statements on behalf of defts; government presents its direct case. (jp, ) (Entered: 10/24/2005) |
| 10/07/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer held on 10/7/2005. Trial adjourned to 10/11/2005. (jp, ) (Entered: 10/24/2005) |
| 10/11/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer held on 10/11/2005. Trial adjourned to 10/12/2005. (jp, ) (Entered: 10/24/2005) |
| 10/12/2005 | 23 | TRANSCRIPT of Proceedings as to Paul Boghosian, William H. Spencer held on 9/29/2005 before Judge Loretta A. Preska. (jar, ) (Entered: 10/12/2005) |
| 10/12/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer held on 10/12/2005. Trial adjourned to 10/14/2005. (jp, ) (Entered: 10/24/2005) |
| 10/14/2005 | 24 | ORDER as to Paul Boghosian. WHEREAS, witness Kendra J. Sturgeon has been duly served with a |

| | | |
|---|---|---|
| | | subpoena in the above captioned case and Ms. Sturgeon's presence for trial will be required as early as 10/11/05, through the duration of the trial. Pursuant to the authority granted in F.R.Cr.P. 17(b), it is hereby ORDERED that the U.S. Marshal Service for the S.D.N.Y. pay in advance for round trip airfare from Southern California to New York for this witness, and reimburse this witness for the per diem allotment. (Signed by Judge Loretta A. Preska on 10/6/05)(bw, ) (Entered: 10/24/2005) |
| 10/14/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer held on 10/14/2005 (jp, ) (Entered: 10/24/2005) |
| 10/17/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer held on 10/17/2005. Governments case continues. Government's case is held. Deft Boghosian testifies; trial adjourned to 10/18/2005. (jp, ) (Entered: 10/24/2005) |
| 10/18/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer held on 10/18/2005. Deft Boghosian's cross-examination begins. Rule 29 motions are denied. Court two dismissed; count three renumbered to count two. (jp, ) (Entered: 10/24/2005) |
| 10/19/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer held on 10/19/2005. Government rests. Defense rests. Jury is charged and begins to deliberate. (jp, ) (Entered: 10/24/2005) |
| 10/19/2005 | | Jury Charge as to Paul Boghosian, William H. Spencer. (jp, ) (Entered: 10/24/2005) |
| 10/20/2005 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Jury Trial as to Paul Boghosian, William H. Spencer held on 10/20/2005. Jury continues to deliberate. Verdict is reached. Deft Boghosian found guilty on count 1 and count 2 (previously count 3). deft spencer guilty on count 1. Government moves for remand. Application denied. Deft Boghosian's bail modified. Order issued noting modification. Both defts contiuned |

| | | |
|---|---|---|
| | | on bail. Sentencing for both defts scheduled for 1/13/2006 at 4:00 p.m. (jp, ) (Entered: 10/24/2005) |
| 10/20/2005 | | JURY VERDICT as to Paul Boghosian and William H. Spencer (jp, ) (Entered: 10/24/2005) |
| 10/20/2005 | | Set/Reset Hearings as to Paul Boghosian, William H. Spencer: Sentencing set for 1/13/2006 04:00 PM before Judge Loretta A. Preska..(jp, ) (Entered: 10/24/2005) |
| 10/27/2005 | 25 | ORDER as to Paul Boghosian. Bail conditions are modified to the extent as indicated. (Signed by Judge Loretta A. Preska on 10/20/05)(pr, ) (Entered: 10/28/2005) |
| 10/27/2005 | 26 | ORDER as to William H. Spencer. Ordered that Jerry L. Tritz, Esq. is authorized to submit an interim voucher.So Ordered. (Signed by Judge Loretta A. Preska on 10/24/05)(pr, ) (Entered: 10/28/2005) |
| 11/10/2005 | 27 | TRANSCRIPT of Proceedings as to Paul Boghosian, William H. Spencer held on 12/19,20/2005 before Judge Loretta A. Preska. (es, ) (Entered: 11/10/2005) |
| 11/10/2005 | 28 | TRANSCRIPT of Proceedings as to Paul Boghosian, William H. Spencer held on 10/6,7,11,12,13,17,18/2005 before Judge Loretta A. Preska. (es, ) (Entered: 11/10/2005) |
| 12/19/2005 | 29 | PROBATION FORM NY 468 PETITION as to Paul Boghosian. Petitioning the Court: REQUEST FOR ADJOURNMENT. The Court Orders: Adjournment is granted new sentence date 2/23/06 @ 8:45 AM.. (Signed by Judge Loretta A. Preska on 12/15/05) (pr, ) (Entered: 12/20/2005) |
| 12/19/2005 | | Set/Reset Hearings as to Paul Boghosian: Sentencing adjourned to 2/23/2006 08:45 AM before Judge Loretta A. Preska..(pr, ) (Entered: 12/20/2005) |
| 12/19/2005 | 30 | PROBATION FORM NY 468 PETITION as to William H. Spencer. Petitioning the Court: Request for adjournment. The Court Orders: Adjournment granted, new sentence date 2/23/06 @ 8:45 AM (Signed by Judge Loretta A. Preska on 12/15/05) (pr, ) (Entered: 12/20/2005) |
| | | |

| | | |
|---|---|---|
| 12/19/2005 | | Set/Reset Hearings as to William H. Spencer: Sentencing adjourned to 2/23/2006 08:45 AM before Judge Loretta A. Preska..(pr, ) (Entered: 12/20/2005) |
| 01/26/2006 | 31 | ORDER as to William H. Spencer. It is hereby ordered that because of the anticipated length of the trial in this case, CJA attorney(s) may submit interim vouchers for representation of his/their client. Each voucher is to cover a minimum of a two (2) week period with the first voucher to include the period from the date of appointment. [See Order]. (Signed by Judge Loretta A. Preska on 12/1/05)(bw, ) (Entered: 01/27/2006) |
| 04/17/2006 | 32 | ENDORSED LETTER as to William H. Spencer, addressed to Judge Preska, from Jerry L. Tritz, Atty for dft, dated 4/11/06, re: request a sixty (60) day adjournment of sentencing.... to allow Mr. Spencer the time necessary to acquire the documentation he seeks to present to Your Honor at his sentencing. -- Judge endorsed: Sentencing is adjourned to 5/17/06 at 1:00 p.m. SO ORDERED. (Signed by Judge Loretta A. Preska on 4/17/06) (ja, ) (Entered: 04/18/2006) |
| 05/17/2006 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Sentencing held on 5/17/2006 for William H. Spencer (2) Count 1. [See Judgment filed on 5/22/06] (bw, ) (Entered: 05/22/2006) |
| 05/17/2006 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Sentencing held on 5/17/2006 for Paul Boghosian (1) Count 1,3. [See Judgment filed on 5/22/06] (bw, ) (Entered: 05/23/2006) |
| 05/17/2006 | | DISMISSAL OF COUNTS on Government Motion as to Paul Boghosian (1) Count 2..(bw, ) (Entered: 05/23/2006) |
| 05/18/2006 | 37 | NOTICE OF APPEAL by Paul Boghosian from 35 Judgment. Copies of Notice of Appeal mailed to Attorney(s) of Record: A.U.S.A. and Court Reporters. (Federal Defenders) (nd, ) (Entered: 05/24/2006) |
| 05/19/2006 | 33 | FILING ERROR - ELECTRONIC FILING FOR NON-ECF DOCUMENT - NOTICE of Appeal as to William H. Spencer (Tritz, Jerry) Modified on 5/22/2006 (gf, ). (Entered: 05/19/2006) |
| | | |

| | | |
|---|---|---|
| 05/22/2006 | 34 | JUDGMENT In A Criminal Case. Defendant's Attorney: Jerry Tritz. Defendant William H. Spencer (2) was found guilty on Count(s) 1 after a plea of not guilty. Imprisonment: 51 months. The court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to a facility as close as possible to San Francisco or Oakland, CA. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 2 p.m. on July 21, 2006. Supervised Release: 2 years. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. Special Conditions of Supervision (see p.4 of judgment). Assessment: $100.00. Fine: $12,500.00. Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows: Lump sum payment of $100.00 due immediately, balance due in accordance F below. [F] Special instructions regarding the payment of criminal monetary penalties: Within 30 days of release from prison, the defendant shall began making equal monthly installments towards the fine. (Signed by Judge Loretta A. Preska on 5/22/06) (bw, ) (Entered: 05/22/2006) |
| 05/22/2006 | 35 | JUDGMENT In A Criminal Case. Defendant's Attorney: Jennifer Brown. Defendant Paul Boghosian (1) was found guilty on Count(s) 1 and 3 after a plea of not guilty. Count(s) 2 is dismissed on the motion of the United States. Imprisonment: 24 months on each count to run concurrently. The court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to a facility as close as possible to the St. Louis area. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 2 p.m. on August 22, 2006. Supervised Release: 2 years on each count to run concurrently. The above drug testing condition (p.3 of judgment) is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous |

12/21/2007

| | | |
|---|---|---|
| | | weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. Special Conditions of Supervision (see p.4 of judgment). Assessment: $200.00, due immediately. (Signed by Judge Loretta A. Preska on 5/22/06)(bw, ) (Entered: 05/23/2006) |
| 05/22/2006 | 36 | NOTICE OF APPEAL by William H. Spencer from 34 Judgment. Copies of Notice of Appeal mailed to Attorney(s) of Record: A.U.S.A. and Court Reporters. (CJA) (nd, ) (Entered: 05/24/2006) |
| 05/22/2006 | | Judgment entered in money judgment book as #06,1176 as to Paul Boghosian in the amount of $ 200.00, re: 35 Judgment. (dt, ) (Entered: 05/25/2006) |
| 05/24/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to William H. Spencer to US Court of Appeals re: 36 Notice of Appeal - Final Judgment. (nd, ) (Entered: 05/24/2006) |
| 05/24/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to William H. Spencer re: 4 Indictment, 16 FIRST MOTION to Modify Conditions of Release., 14 Order to Continue - Speedy Trial, Set Deadlines/Hearings, Endorsed Letter,,,, 30 Probation Form, 11 Endorsed Letter,, 5 Warrant Issued, 10 Advice of Penalties and Sanctions, 9 Bond,, 15 Endorsed Letter,, 26 Order, 20 Request to Charge, 36 Notice of Appeal - Final Judgment, 32 Endorsed Letter, Set Deadlines/Hearings,,, 19 Proposed Examination of Jurors, 17 Endorsed Letter,, 34 Judgment,,,,, were transmitted to the U.S. Court of Appeals. (nd, ) (Entered: 05/24/2006) |
| 05/24/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Paul Boghosian to US Court of Appeals re: 37 Notice of Appeal - Final Judgment. (nd, ) (Entered: 05/24/2006) |
| 05/24/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Paul Boghosian re: 19 Proposed Examination of Jurors, 20 Request to Charge, 35 Judgment,,,,, 14 Endorsed Letter, Order to Continue - Speedy Trial, Set Deadlines/Hearings,,,, 22 Order, 12 Endorsed Letter,, 4 Indictment, 6 Rule 5(c)(3) - Documents |

|  |  |  |
|---|---|---|
|  |  | Received, Rule 5(c)(3) - Documents Received, Rule 5(c)(3) - Documents Received, 37 Notice of Appeal - Final Judgment, 29 Probation Form, 25 Order, 11 Endorsed Letter,, 21 Proposed Voir Dire Questions were transmitted to the U.S. Court of Appeals. (nd, ) (Entered: 05/24/2006) |
| 06/02/2006 |  | USCA SCHEDULING ORDER as to William H. Spencer related to 36 Notice of Appeal - Final Judgment filed by William H. Spencer, USCA Case Number 06-2517-cr. Roseann B. MacKechnie, Clerk USCA. Certified: 5/31/06. Appeal Record due by 6/20/2006. (tp, ) (Entered: 06/05/2006) |
| 06/13/2006 |  | Payment of Fine from Paul Boghosian in the amount of $200.00. Date Received: 6/13/06. (mn, ) (Entered: 06/13/2006) |
| 06/14/2006 | 38 | TRANSCRIPT of Sentencing Proceedings as to William H. Spencer held on 5/17/2006 before Judge Loretta A. Preska. (aba, ) (Entered: 06/14/2006) |
| 06/15/2006 | 39 | TRANSCRIPT of Proceedings (Sentence) as to Peter (Paul) Boghosian held on 5/17/06 before Judge Loretta A. Preska. (ja, ) (Entered: 06/15/2006) |
| 06/16/2006 | 40 | TRANSCRIPT of Sentencing Proceedings as to William H. Spencer held on 5/17/2006 before Judge Loretta A. Preska. (aba, ) (Entered: 06/16/2006) |
| 06/23/2006 | 41 | ENDORSED LETTER as to Paul Boghosian addressed to Judge Preska from AUSA Jennifer L. Brown dated 6/15/06 re: submitted to request that the Court modify Mr. Boghosian's bail conditions. Mr. Boghosian seeks the Court's permission to travel by car with his wife and son to visit relatives in Chicago, Illinois from 6/29/06 through 7/5/06. Judge So Ordered. (Signed by Judge Loretta A. Preska on 6/23/06)(bw, ) (Entered: 06/23/2006) |
| 06/26/2006 | 42 | TRANSCRIPT of Proceedings as to Paul Boghosian held on 5/17/2006 before Judge Loretta A. Preska. (aba, ) (Entered: 06/26/2006) |
| 07/11/2006 | 43 | First Supplemental ROA Sent to USCA (Index). Notice that the Supplemental Index to the record on Appeal as to Paul Boghosian, William H. Spencer re: 36 Notice of Appeal - Final Judgment, 37 Notice of Appeal - Final Judgment USCA Case Number 06-2517, 3 Copies of the index, Certified Supplemental Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court |

| | | |
|---|---|---|
| | | of Appeals. (nd, ) (Entered: 07/11/2006) |
| 07/14/2006 | 44 | ENDORSED LETTER as to William H. Spencer addressed to Judge Preska from Jerry L. Tritz dated 7/12/06 re: To surrender to commence his sentence on July 21, 2006. To request that his surrender date be put off for another 30 days to allow for his designated facility to be determined. Judge Memo-endorsed...Apparently because of his medical condition, Mr. Spencer has been designated to the Federal Medical Center at Butner, North Carolina. His surrender date is extended to August 1. SO ORDERED. (Signed by Judge Loretta A. Preska on 7/12/06)(jw, ) (Entered: 07/17/2006) |
| 07/31/2006 | 45 | ENDORSED LETTER as to William H. Spencer, addressed to Judge Preska, from J.L. Engram, Atty for dft, dated 7/28/06, re: request that the Court delay the execution of sentencing and to give Dr. Spencer another 45-days to assist me in developing his appeal and or other post-trial motions.... -- Judge endorsed: Mr. Spencer's surrender date is extended to August 15, 2006 without prejudice to renewal upon submission of competent medical opinion. SO ORDERED. (Signed by Judge Loretta A. Preska on 7/28/06)(ja, ) (Entered: 07/31/2006) |
| 08/03/2006 | 46 | ENDORSED LETTER as to Paul Boghosian addressed to Judge Preska from Jennifer L. Brown dated 7/27/06 re: Reschedule Surrender. Judge Memo-endorsed...Mr. Boghosian's surrender date is adjourned to September 22, 2006. SO ORDERED. (Signed by Judge Loretta A. Preska on 8/2/06) (jw, ) (Entered: 08/03/2006) |
| 08/14/2006 | 47 | ENDORSED LETTER as to William H. Spencer addressed to Judge Preska from Jimmie Engram dated 8/11/06 re: Reschedule Surrender date. Judge Memo-endorsed...Deft's request for an adjournment of the surrender date is denied. SO ORDERED. (Signed by Judge Loretta A. Preska on 8/11/06)(jw, ) (Entered: 08/15/2006) |
| 09/18/2006 | 48 | ENDORSED LETTER as to Paul Boghosian addressed to Judge Preska from Attorney Jennifer Brown dated 9/14/06 re: submitted to request a 30 day adjournment of the date for Mr. Paul Boghosian's surrender to the BOP which is now scheduled for 9/22/06. Judge So Ordered. (Signed by Judge |

12/21/2007

| | | |
|---|---|---|
| | | Loretta A. Preska on 9/18/06)(bw, ) (Entered: 09/18/2006) |
| 10/06/2006 | | Minute Entry for proceedings held before Judge Loretta A. Preska :Sentencing held on 10/6/2006 for William H. Spencer (2) Count 1. (pr, ) (Entered: 10/10/2006) |
| 10/10/2006 | 49 | AMENDED JUDGMENT (Correction of sentence for Clerical Mistake(Fed. R Crim P. 36) as to William H. Spencer (2), Count(s) 1, Imprisonment: 51 months. Supervised Release: 2 years.$100.00 special assessment. Fine: $12,500.00.. (Signed by Judge Loretta A. Preska on 10/10/06)(pr, ) (Entered: 10/10/2006) |
| 10/10/2006 | | Judgment entered in money judgment book as #06,2188 as to William H. Spencer in the amount of $ 12,600.00, re: 49 Amended Judgment. (dt, ) (Entered: 10/13/2006) |
| 10/16/2006 | 50 | ENDORSED LETTER as to Paul Boghosian addressed to Judge Preska from Attorney Paul Boghosian dated 10/12/06 re: submitted to request that Mr. Boghosian's surrender date be adjourned for 30 days, presently scheduled for 10/22/06. Judge So Ordered. (Signed by Judge Loretta A. Preska on 10/16/06)(bw, ) (Entered: 10/17/2006) |
| 11/21/2006 | 51 | ORDER as to Paul Boghosian. Surrender date is adjourned to 11/29/06. So ORdered (Signed by Judge Loretta A. Preska on 11/20/06)(pr, ) (Entered: 11/21/2006) |
| 11/27/2006 | 52 | ORDER as to Paul Boghosian. Accordingly, Mr. Boghosian's request for release pending appeal is granted. SO ORDERED. (Signed by Judge Loretta A. Preska on 11/27/06)(jw, ) (Entered: 11/28/2006) |
| 12/11/2007 | 53 | ENDORSED LETTER as to Paul Boghosian addressed to Judge Preska from Jennifer Brown dated 12/7/07 re: To request that his travel restrictions be modified to include travel within the entire state of Missouri, so that he may travel for employment purposes...ENDORSEMENT...SO ORDERED. (Signed by Judge Loretta A. Preska on 12/10/07) (jw) (Entered: 12/11/2007) |

12/28/2007