1  Brendan P. Cullen (SBN 194057) cullenb@sullcrom.com
   Amie D. Rooney (SBN 215324) rooneya@sullcrom.com
2  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
3  Palo Alto, California  94303
   Telephone:    (650) 461-5600
4  Facsimile:    (650) 461-5700

5  Attorneys for Defendant ABN AMRO Bank, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E&M TRUST, ) | Case No.  C07-06169 |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING** |
| ) | **DEFENDANT ABN AMRO BANK,** |
| ) | **N.A.'S MOTION TO ENLARGE TIME** |
| v. ) | **TO RESPOND TO COMPLAINT** |
| ) | |
| ABN AMRO BANK, N.A., PB TRADING ) | **Assigned to: Hon. Bernard Zimmerman** |
| S.A., JAIME S. DREYFUS ZAMOKEVICH, ) | **Date Action Filed: December 5, 2007** |
| J. RICHTER, RUDY BECKMAN, GRIP ) | **Trial Date: Not yet set** |
| VERKIN, ) | |
| ) | **Hearing: January 16, 2008** |
| Defendants. ) | **Time:  10:00 a.m.** |
| ) | |
| ) | |
| ) | |

1  The motion of defendant ABN AMRO Bank, N.A. ("ABN AMRO") for an Order
2  enlarging the time in which ABN AMRO must respond to the complaint in the above captioned case
3  came on hearing on January 16, 2007 at 9:00 a.m. before the Honorable Bernard Zimmerman.

4  WHEREAS E&M Trust ("Plaintiff") filed its complaint in the above-captioned case on
5  December 5, 2007 alleging damages in excess of $500,000,000.00;

6  WHEREAS the current deadline for Defendant ABN AMRO Bank, N.A. ("ABN
7  AMRO") to answer, move, cross-complain or otherwise respond to Plaintiff's complaint is on or about
8  December 31, 2007;

9  WHEREAS Plaintiff has been unreachable and/or unresponsive to ABN AMRO's
10  counsel, despite ABN AMRO's best efforts to secure Plaintiff's agreement to an extension of time for
11  ABN AMRO to respond to the complaint;

12  WHEREAS no prior extensions have been granted for the time in which ABN AMRO
13  could answer, move, cross-complain or otherwise respond to Plaintiff's complaint; and

14  WHEREAS ABN AMRO has demonstrated that it may be substantially harmed or
15  prejudiced should the extension not be granted;

16  NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

17  1.  ABN AMRO's time to answer, move, cross-complain or otherwise respond to
18  Plaintiff's complaint is hereby extended through February 15, 2008.

19  IT IS SO ORDERED.

22  Date:                    . 2008

The Honorable Bernard Zimmerman
UNITED STATES MAGISTRATE JUDGE

SULLIVAN
&
CROMWELL LLP

1

[PROPOSED] ORDER GRANTING MOTION TO ENLARGE
TIME TO RESPOND TO COMPLAINT
CASE NO. C07-06169