1  Brendan P. Cullen (SBN 194057) cullenb@sullcrom.com
   Amie D. Rooney (SBN 215324) rooneya@sullcrom.com
2  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
3  Palo Alto, California  94303
   Telephone:    (650) 461-5600
4  Facsimile:    (650) 461-5700

5  Attorneys for Defendant ABN AMRO Bank, N.A.

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  E&M TRUST,                          )   Case No.  C07-06169
                                        )
12                    Plaintiff,        )   <u>**CERTIFICATE OF SERVICE**</u>
                                        )
13  v.                                  )
                                        )
14  ABN AMRO BANK, N.A., PB TRADING     )
    S.A., JAIME S. DREYFUS ZAMOKEVICH,  )
15  J. RICHTER, RUDY BECKMAN, GRIP      )
    VERKIN,                             )
16                                      )
                      Defendants.       )
17                                      )
                                        )
18                                      )
                                        )
19  _____)

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

**CERTIFICATE OF SERVICE**

I, Kathryn G. Heredia, declare:

I am employed in the City of Palo Alto, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Sullivan & Cromwell LLP, 1870 Embarcadero Road, Palo Alto, California 94303. On December 28, 2007, I served the following documents:

1.    **DEFENDANT ABN AMRO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2.    **DECLARATION OF AMIE D. ROONEY IN SUPPORT OF DEFENDANT ABN AMRO BANK, N.A.'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT;**

3.    **[PROPOSED] ORDER GRANTING DEFENDANT ABN AMRO BANK, N.A.'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT;**

4.    **CERTIFICATE OF SERVICE**

☒    by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses, if any, on file for this case.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below:

William Spencer
E&M Trust
715 MacArthur Boulevard
San Leandro, CA 94577
(510) 639-7123
Fax: (510) 315-3200

For all envelopes sent by First Class Mail, I placed each such envelope with postage thereon fully prepaid for the deposit in the United States. I am familiar with the firm's practice, which practice is that when correspondence is deposited with the personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 28, 2007, at Palo Alto, California.

/s/ Kathryn G. Heredia
Kathryn G. Heredia