GORDON J. ZUIDERWEG, ESQ. (SBN 83101)
LAW OFFICES OF BARRY K. ROTHMAN
1901 Avenue of the Stars
Suite 370
Los Angeles, California 90067
Telephone:    (310) 557-0062
Facsimile:    (310) 557-9080

Attorneys For Defendants Gregory S. Soter and
Alan L. Rossi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL HOLDING<br>CORPORATION OF NEVADA,<br>*et al.*,<br><br>　　　　Defendants.<br>_____ | CASE NO.:    C07-06169 BZ<br><br>**[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANTS GREGORY S. SOTER AND ALAN L. ROSSI**<br><br>Hearing:<br>Date:       March 19, 2008<br>Time:      10:00 a.m.<br>Place:     Courtroom G, 15th Floor |

The Motion To Dismiss Complaint for Lack of Subject Matter Jurisdiction [FRCP Rule 12(b)(1)] And For Failure to State A Claim [FRCP Rule 12(b)(6)] Or, In The Alternative, Motion for More Definite Statement [FRCP Rule 12(e)] of Defendants Gregory S. Soter and Alan L. Rossi came on regularly for hearing before this Court on March 19, 2008, at 10:00 a.m., in Courtroom G (15th Floor) of the above-entitled court. Gordon J. Zuiderweg, Esq., of the Law Offices of Barry K. Rothman appeared for Defendants Gregory S. Soter and Alan L. Rossi.

//

//

//

[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANTS GREGORY S. SOTER AND ALAN L. ROSSI -
Case No. C07-06169 BZ

After consideration of the briefs and arguments of counsel, and all matters presented to the Court, IT IS HEREBY ORDERED that:

1. The Motion To Dismiss Complaint for Lack of Subject Matter Jurisdiction [FRCP Rule 12(b)(1)] And For Failure to State A Claim [FRCP Rule 12(b)(6)] Or, In The Alternative, Motion for More Definite Statement [FRCP Rule12(e)] of Defendants Gregory S. Soter and Alan L. Rossi is granted; and

2. The Complaint on file herein and this action are dismissed with prejudice as to Defendants Gregory S. Soter and Alan L. Rossi.

Dated: _____

United States Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California

2

[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANTS GREGORY S. SOTER AND ALAN L. ROSSI - Case No. C07-06169 BZ

**PROOF OF SERVICE**

Gordon J. Zuiderweg certifies and declares as follows:

I am an attorney at law duly licensed to practice before all the courts of the State of California, and I am a member of the Law Offices of Barry K. Rothman, attorneys for Defendants Soter and Rossi herein. I am over the age of 18 and not a party to this action. My business address is 1901 Avenue of the Stars, Suite 370, Los Angeles, California 90067, which is located in the county where the mailing described below took place.

On December 31, 2007, I deposited in the mail at Los Angeles, California, a true and correct copy of the attached [PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANTS GREGORY S. SOTER AND ALAN L. ROSSI, in a sealed envelope, with postage prepaid, addressed to:

E&M Trust
715 MacArthur Boulevard
San Leandro, California 94577

I declare under penalty of perjury under the laws of the State of California and those of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on December 31, 2007.

_____
Gordon J. Zuiderweg

[PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANTS GREGORY S. SOTER AND ALAN L. ROSSI - Case No. C07-06169 BZ