```
 1  GORDON J. ZUIDERWEG, ESQ. (SBN 83101)
    LAW OFFICES OF BARRY K. ROTHMAN
 2  1901 Avenue of the Stars
    Suite 370
 3  Los Angeles, California 90067
    Telephone:    (310) 557-0062
 4  Facsimile:    (310) 557-9080

 5  Attorneys For Defendants Gregory S. Soter and
    Alan L. Rossi
 6

 7

 8                 UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10
```

| | | |
|---|---|---|
| 11 | E&M TRUST, | CASE NO.: C07-06169 BZ |
| 12 | Plaintiff, | **NOTICE OF ERRATA IN NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP RULE 12(b)(1)] AND FOR FAILURE TO STATE A CLAIM [FRCP RULE 12(b)(6)] OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP RULE12(e)]** |
| 13 | v. | |
| 14 | INTERNATIONAL HOLDING CORPORATION OF NEVADA, | |
| 15 | *et al.*, | |
| 16 | Defendants. | |
| 17 | | Hearing:<br>Date:    March 19, 2008 |
| 18 | | Time:    10:00 a.m.<br>Place:   Courtroom G, 15th Floor |

20     TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE that the following errata appear in the Notice of Motion And Motion

22  To Dismiss Complaint For Lack of Subject Matter Jurisdiction [FRCP Rule 12(b)(1)] and for Failure

23  To State A Claim [FRCP Rule 12(b)(6)] Or, In The Alternative, Motion For More Definite Statement

24  [FRCP Rule12(e)]; Memorandum of Points and Authorities In Support Thereof; [Proposed] Order Filed

25  Herewith (Docket No. 10) previously served and filed on December 31, 2007, by Defendants Gregory

26  S. Soter and Alan L. Rossi.   The corrections for said errata are also set forth below.

27  //

28  //

| | **ERRATA** | | **CORRECTION** |
|---|---|---|---|
| 1. | Page 1, Lines 23-24: "located at the Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California 94612-5217" | 1. | Should be: "located at 450 Golden Gate Avenue, San Francisco, California 94102" |
| 2. | Page 4, Line 21: "'legitimate:'" | 2. | Should be: "'legitimate'" |
| 3. | Proof of Service, Page 10, Lines 8-15: "On December 31, 2007, I personally served the foregoing true and correct copies of the attached NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP RULE 12(b)(1)] AND FOR FAILURE TO STATE A CLAIM [FRCP RULE 12(b)(6)] OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP RULE12(e)]; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER FILED HEREWITH, on all parties, by placing a true and correct copy thereof in an envelope addressed as set forth below, by sealing the envelope, and by personally delivering the sealed envelope to the addressee:" | 3. | Should be: "On December 31, 2007, I deposited in the mail at Los Angeles, California, a true and correct copy of the foregoing NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP RULE 12(b)(1)] AND FOR FAILURE TO STATE A CLAIM [FRCP RULE 12(b)(6)] OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP RULE12(e)]; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER FILED HEREWITH, in a sealed envelope, with postage prepaid, addressed to:" |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: December 31, 2007 | LAW OFFICES OF BARRY K. ROTHMAN |
| 4 | | |
| 5 | | |
| 6 | | By_____<br>    Gordon J. Zuiderweg, Esq. |
| 7 | | Attorneys For Defendants Gregory S. Soter and Alan L. Rossi |

3

**PROOF OF SERVICE**

Gordon J. Zuiderweg certifies and declares as follows:

I am an attorney at law duly licensed to practice before all the courts of the State of California, and I am a member of the Law Offices of Barry K. Rothman, attorneys for Defendants Soter and Rossi herein. I am over the age of 18 and not a party to this action. My business address is 1901 Avenue of the Stars, Suite 370, Los Angeles, California 90067, which is located in the county where the mailing described below took place.

On December 31, 2007, I deposited in the mail at Los Angeles, California, a true and correct copy of the foregoing NOTICE OF ERRATA IN NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP RULE 12(b)(1)] AND FOR FAILURE TO STATE A CLAIM [FRCP RULE 12(b)(6)] OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP RULE12(e)], in a sealed envelope, with postage prepaid, addressed to:

E&M Trust
715 MacArthur Boulevard
San Leandro, California 94577

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on December 31, 2007.

_____
Gordon J. Zuiderweg