# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

January 2, 2008

To:  E&M Trust
715 MacArthur Boulevard
San Leandro, CA 94577

Gordon James Zuiderweg
Law Offices of Barry K. Rothman
1901 Avenue of the Stars, Suite 370
Los Angeles, CA 90067

Amie Danielle Rooney
Brendan P. Cullen
Sullivan & Cromwell
1870 Embarcadero Road
Palo Alto, CA 94303

Re: E&M Trust v. ABN Amro Bank, N.A., et al. - C07-6169 BZ

Dear E& M Trust and Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for March 19, 2008 at 10:00 a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:  /s/ Lashanda Scott
Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd