1
2
3
4
5
6                             UNITED STATES DISTRICT COURT
7                           NORTHERN DISTRICT OF CALIFORNIA
8
9  E&M Trust,                                          No.  C  07-6169 BZ
10              Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A
                                                UNITED STATES MAGISTRATE JUDGE**
11         v.
12  ABN Amro Bank, N.A., et al.,
13              Defendant(s).
   _____/
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____         _____
                                            Signature
22
                                            Counsel for _____
23                                          (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

n:\forms\consent-decline.frm

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M Trust, | No. C 07-6169 BZ |
|     Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
|   v. | **AND** |
| ABN Amro Bank, N.A., et al., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|     Defendant(s).                  / | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____           Signature_____

                                                   Counsel for _____
                                                   (Plaintiff, Defendant, or indicate "pro se")

n:\forms\consent-decline.frm