UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST,       )<br>                  )<br>   Plaintiff(s),   )<br>                  )<br>   v.             )<br>                  )<br> ABN AMRO BANK, N.A., et al.,)<br>                  )<br>   Defendant(s).  )<br> _____) | No. C07-6169 BZ<br><br>**ORDER TO SHOW CAUSE** |

It appears to the court the plaintiff, E&M Trust, is not a natural person but a corporation which may only appear in court through a lawyer.  See Civil Local Rule 3-9(b).  It does not appear that William Spencer is a lawyer.  Plaintiff is therefore **ORDERED** to show cause or explain in writing by **January 28, 2008** why this case should not be dismissed because plaintiff is not properly represented.  As an alternative, plaintiff may retain counsel who shall file a general appearance by **January 28, 2008.**  Until this issue is resolved, this case is **STAYED**.

Dated: January 2, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\E&M TRUST\ORDER TO SHOW CAUSE.wpd

1