1  Brendan P. Cullen (SBN 194057) cullenb@sullcrom.com
   Amie D. Rooney (SBN 215324) rooneya@sullcrom.com
2  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
3  Palo Alto, California  94303
   Telephone:    (650) 461-5600
4  Facsimile:    (650) 461-5700

5  Attorneys for Defendant ABN AMRO Bank, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST,<br><br>                    Plaintiff,<br><br>v.<br><br>ABN AMRO BANK, N.A., PB TRADING S.A., JAIME S. DREYFUS ZAMOKEVICH, J. RICHTER, RUDY BECKMAN, GRIP VERKIN,<br><br>                    Defendants. | Case No.  C07-06169<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E&M Trust,

    Plaintiff(s),

v.

ABN Amro Bank, N.A., et al.,

    Defendant(s).

No. C 07-6169 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 1/10/08

Signature

Counsel for ABN Amro Bank, N.A.
(Plaintiff, Defendant or indicate "pro se")

n:\forms\consent-decline.frm