1   Brendan P. Cullen (SBN 194057) cullenb@sullcrom.com
    Amie D. Rooney (SBN 215324) rooneya@sullcrom.com
2   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
3   Palo Alto, California  94303
    Telephone:     (650) 461-5600
4   Facsimile:     (650) 461-5700

5   Attorneys for Defendant ABN AMRO Bank, N.A.

6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10
    E&M TRUST,                              )   Case No.  C07-06169
11                                          )
                            Plaintiff,      )   **CERTIFICATE OF SERVICE**
12                                          )
    v.                                      )
13                                          )
    ABN AMRO BANK, N.A., PB TRADING         )
14  S.A., JAIME S. DREYFUS ZAMOKEVICH,      )
    J. RICHTER, RUDY BECKMAN, GRIP          )
15  VERKIN,                                 )
                                            )
16                          Defendants.     )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2
I, Kathryn G. Heredia, declare:

3
I am employed in the City of Palo Alto, State of California.  I am over the age of eighteen
4
years and am not a party to this action.  My business address is Sullivan & Cromwell LLP, 1870
Embarcadero Road, Palo Alto, California 94303.  On January 11, 2008, I served the following
5
documents:

6
       **1.**       **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE
JUDGE**

7

8
☒      by electronically filing the foregoing with the Clerk of the Court using the
CM/ECF system which will send notification of such filing to the email
addresses, if any, on file for this case.

9

10
☒      by placing the document(s) listed above in a sealed envelope with postage thereon
fully prepaid, in the United States mail at Palo Alto, California addressed as set
forth below:

11

12
William Spencer
E&M Trust
13
715 MacArthur Boulevard
San Leandro, CA 94577
14
(510) 639-7123
Fax: (510) 315-3200

15

16
Gordon James Zuiderweg
Law Offices of Barry K. Rothman
17
1901 Avenue of the Stars, Suite 370
Los Angeles, CA 90067
18
(310) 557-0062
Fax: (310) 557-9080
Email: gjz@zuider.com

19

20
For all envelopes sent by First Class Mail, I placed each such envelope with postage
thereon fully prepaid for the deposit in the United States.  I am familiar with the firm's practice, which
21
practice is that when correspondence is deposited with the personnel responsible for delivering
correspondence to the United States Postal Service, such correspondence is delivered to the United
22
States Postal Service that same day in the ordinary course of business.

23
I declare under penalty of perjury that the foregoing is true and correct.  Executed on
January 11, 2008, at Palo Alto, California.
24

                    /s/ Kathryn G. Heredia_____
25
                    Kathryn G. Heredia

26

27

28

SULLIVAN
&
CROMWELL LLP

1

CERTIFICATE OF SERVICE
CASE NO. C07-06169