1  GORDON J. ZUIDERWEG, ESQ. (SBN 83101)
   LAW OFFICES OF BARRY K. ROTHMAN
2  1901 Avenue of the Stars
   Suite 370
3  Los Angeles, California 90067
   Telephone:    (310) 557-0062
4  Facsimile:    (310) 557-9080

5  Attorneys For Defendants Gregory S. Soter and
   Alan L. Rossi

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 E&M TRUST,                          )   CASE NO.:   C07-06169 BZ
                                       )
12         Plaintiff,                  )   **CONSENT TO PROCEED BEFORE A**
                                       )   **UNITED STATES MAGISTRATE JUDGE**
13 v.                                  )
                                       )
14 INTERNATIONAL HOLDING               )
   CORPORATION OF NEVADA,              )
15 *et al.*,                           )
                                       )
16         Defendants.                 )
   _____ )

17

18

19

20

21

22

23

24

25

26

27

28

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E&M Trust,

        Plaintiff(s),

v.

ABN Amro Bank, N.A., et al.,

        Defendant(s).

No. C 07-6169 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 11, 2008

Signature: *Gordon J. Zuidenweg*

Counsel for Defendants Gregory S. Soter and Alan L. Rossi
(Plaintiff, Defendant or indicate "pro se")

n:\forms\consent-decline.frm

**PROOF OF SERVICE**

Gordon J. Zuiderweg certifies and declares as follows:

I am an attorney at law duly licensed to practice before all the courts of the State of California, and I am a member of the Law Offices of Barry K. Rothman, attorneys for Defendants Soter and Rossi herein. I am over the age of 18 and not a party to this action. My business address is 1901 Avenue of the Stars, Suite 370, Los Angeles, California 90067, which is located in the county where the mailing described below took place.

On January 11, 2008, I deposited in the mail at Los Angeles, California, true and correct copies of the foregoing CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, in sealed envelopes, with postage prepaid, addressed to:

E&M Trust
715 MacArthur Boulevard
San Leandro, California 94577

Brendan P. Cullen, Esq.
Amie D. Rooney, Esq.
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, California 94303

I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on January 11, 2008.

*Gordon J. Zuiderweg*
Gordon J. Zuiderweg