DAVID HICKS, STATE BAR NUMBERS: CALIF. 053750; NEW YORK 2051266
DAVID HICKS APLC
2200 POWELL STREET, SUITE 990
EMERYVILLE CA 94608
[510] 595-2000; FAX [510] 594-9555

COUNSEL FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST<br><br>    Plaintiff,<br>v.<br><br>INTERNATIONAL HOLDING CORPORATION OF NEVADA, and Joseph Mathew Kelaidis, James Mathew Kelaidis, Individually and Officers of International Holding Corporation of Nevada;<br><br>Gregory S. Soter, and Alan L. Rossi; PB TRADING S.A. and Jaime S. Dreyfus Zamokevich, Individually and as Director of PB Trading;<br><br>ABN AMRO BANK, N.A., PB Trading, And Rudy Beckman, Grip Verkin, J. Richter, Jamie S. Dreyfus Zamokevich, Individually and Officers and Directors of Said Corporation; John Doe 1-20;<br><br>    Defendants, | ] Case No. C07-06169 BZ<br>]<br>]<br>] **NOTICE OF APPEARANCE OF**<br>] **COUNSEL (IN LIEU OF RETURN**<br>] **TO ORDER TO SHOW CAUSE)**<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of plaintiff E&M TRUST, effective immediately.

Dated: January 25, 2008

David Hicks (SBN 053750)
DAVID HICKS APLC.
2200 Powell Street, Suite 990
Emeryville, CA 94608
Telephone: (510) 595-2000
Facsimile: (510) 594-9555

Attorney for E&M Trust

1