UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST,<br><br>      Plaintiff,<br><br>  v.<br><br>ABN AMRO BANK, N.A., et al.,<br><br>      Defendants. | No. C07-6169 BZ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

The court having received notice of counsel David Hicks' appearance on behalf of plaintiff E&M Trust, **IT IS HEREBY ORDERED** that the order to show cause, entered on January 2, 2008 is **DISCHARGED** and the **STAY** is hereby **VACATED.**

Dated: January 28, 2008

                                            Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\E&M TRUST\OSCDISCH.wpd

1