UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABN AMRO BANK, N.A., et al.,<br><br>　　　　Defendants. | No. C07-6169 BZ<br><br>**ORDER RE DEFENDANT ABN AMRO BANK'S MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT** |

　　Now that plaintiff has obtained counsel, defendant ABN AMRO Bank is **HEREBY ORDERED TO** inquire as to whether plaintiff will stipulate to enlarge the time for it to respond to the complaint. If plaintiff is unwilling to do so, ABN AMRO Bank shall re-notice its motion for hearing on March 19, 2008 at 10:00 a.m.

Dated: January 28, 2008

　　　　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\E&M TRUST\ORDER RE DEFENDANT'S MOTION TO ENLARGE TIME.wpd

1