UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST,<br><br>       Plaintiff,<br><br>  v.<br><br>ABN AMRO BANK, N.A., et al.,<br><br>       Defendants. | No. C07-6169 BZ<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

    Defendants Soter and Rossi's motion to dismiss is set for hearing on **March 19, 2008 at 10:00 a.m.  IT IS HEREBY ORDERED** that the briefing schedule for defendants' motion is modified as follows: plaintiff's opposition to shall be filed no later than **February 12, 2008.**  Any reply shall be filed no later than **February 19, 2008.**

Dated: January 28, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\E&M TRUST\ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS.wpd

1