1  Brendan P. Cullen (SBN 194057) cullenb@sullcrom.com
   Amie D. Rooney (SBN 215324) rooneya@sullcrom.com
2  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
3  Palo Alto, California 94303
   Telephone:   (650) 461-5600
4  Facsimile:   (650) 461-5700

5  Attorneys for Defendant ABN AMRO Bank, N.A.

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 E&M TRUST,                          )   Case No. C07-06169
                                       )
12                    Plaintiff,       )   JOINT STIPULATION EXTENDING
                                       )   DEFENDANT ABN AMRO BANK,
13         v.                          )   N.A.'S TIME TO RESPOND TO
                                       )   COMPLAINT
14 ABN AMRO BANK, N.A., PB TRADING     )
   S.A., JAIME S. DREYFUS ZAMOKEVICH,  )   Jude: The Hon. Bernard Zimmerman
15 J. RICHTER, RUDY BECKMAN, GRIP      )   Date Action Filed: December 5, 2007
   VERKIN,                             )   Trial Date: Not yet set
16                                     )
17                    Defendants.      )
                                       )
18                                     )
                                       )
19                                     )

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT
CASE NO. C07-06169

1  WHEREAS, on or about December 10, 2007, Plaintiff E&M Trust served a copy of the
2  complaint in the above entitled action on defendant ABN AMRO Bank, N.A. ("ABN AMRO");
3  WHEREAS, on December 28, 2007, ABN AMRO filed a motion to enlarge time to
4  respond to the complaint because ABN AMRO's counsel had been unsuccessful in contacting Plaintiff
5  to secure its agreement to an extension;
6  WHEREAS, on January 2, 2008, the Court issued an Order to Show Cause requiring
7  Plaintiff to explain why the case should not be dismissed for non-compliance with the Civil Local Rule
8  requiring a corporation to appear only through legal counsel, or, in the alternative, requiring Plaintiff to
9  retain counsel, and staying the case pending resolution of the issue;
10  WHEREAS, on January 25, 2008, Plaintiff filed a notice of appearance of counsel;
11  WHEREAS, on January 28, 2008, the Court discharged the Order to show cause, lifted
12  the stay and Ordered ABN AMRO to inquire whether Plaintiff's counsel would stipulate to an extension
13  of time for ABN AMRO to respond;
14  WHEREAS, Civil Local Rule 6-2 allows the parties to request by stipulation an order
15  changing time to respond;
16  WHEREAS Plaintiff's counsel, David Hicks, has agreed to extend the time in which
17  ABN AMRO may answer, move, cross-complain or otherwise respond to Plaintiff's complaint through
18  **March 31, 2008**;
19  WHEREAS no prior extensions have been granted for the time in which ABN AMRO
20  could answer, move, cross-complain or otherwise respond to Plaintiff's complaint; and
21  WHEREAS, the parties agree that nothing in this Stipulation will be construed as a
22  waiver of any of ABN AMRO's rights or positions in law or in equity;
23  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between
24  Plaintiff, by and through its counsel, and Defendant ABN AMRO, by and through its counsel, that:
25  1. ABN AMRO's time to answer, move, cross-complain or otherwise respond to the
26  complaint is hereby extended through **March 31, 2008**.
27  2. In submitting this Stipulation, ABN AMRO does not waive any of its rights or
28  positions in law or in equity, and ABN AMRO does not waive any objection or defense it may raise to

1 | the Court's personal jurisdiction over it, to the sufficiency of service of process, or to the propriety of
2 | venue in this case.

3 |       IT IS SO STIPULATED.

4 | Date: January 30, 2008

/s/ Brendan P. Cullen
_____
Brendan P. Cullen (SBN 194057)
Amie D. Rooney (SBN 215324)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Attorneys for ABN AMRO Bank, N.A.

Date: January 30, 2008

/s/ David Hicks
_____
David Hicks (SBN 053750)
David Hicks APLC
2200 Powell Street, Suite 990
Emeryville, California 94608
Telephone:  (510) 595-2000
Facsimile:  (510) 594-9555

Attorney for Plaintiff

SULLIVAN & CROMWELL LLP

2

MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT
CASE NO. C07-06169