Brendan P. Cullen (SBN 194057) cullenb@sullcrom.com
Amie D. Rooney (SBN 215324) rooneya@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Defendant ABN AMRO Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST, <br><br> Plaintiff, <br><br> v. <br><br> ABN AMRO BANK, N.A., PB TRADING S.A., JAIME S. DREYFUS ZAMOKEVICH, J. RICHTER, RUDY BECKMAN, GRIP VERKIN, <br><br> Defendants. | Case No.  C07-06169 <br><br> **[PROPOSED] ORDER EXTENDING DEFENDANT ABN AMRO BANK, N.A.'S TIME TO RESPOND TO COMPLAINT** <br><br> Jude:  The Hon. Bernard Zimmerman <br> Date Action Filed: December 5, 2007 <br> Trial Date: Not yet set |

WHEREAS, Plaintiff E&M Trust ("Plaintiff") filed its complaint *pro se* in the above-captioned case on December 5, 2007;

WHEREAS, on December 28, 2007, defendant ABN AMRO Bank, N.A. ("ABN AMRO") filed a motion to enlarge time to respond to the complaint because ABN AMRO's counsel had been unsuccessful in contacting Plaintiff to secure its agreement to an extension;

WHEREAS, on January 2, 2008, the Court issued an Order to Show Cause requiring Plaintiff to explain why the case should not be dismissed for non-compliance with the Civil Local Rule requiring a corporation to appear only through legal counsel, or, in the alternative, requiring Plaintiff to retain counsel, and staying the case pending resolution of the issue;

WHEREAS, on January 25, 2008, Plaintiff filed a notice of appearance of counsel;

WHEREAS, on January 28, 2008, the Court discharged the Order to show cause and lifted the stay;

WHEREAS Plaintiff's counsel has agreed to extend the time in which ABN AMRO may answer, move, cross-complain or otherwise respond to Plaintiff's complaint through **March 31, 2008**; and

WHEREAS no prior extensions have been granted for the time in which ABN AMRO could answer, move, cross-complain or otherwise respond to Plaintiff's complaint;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. ABN AMRO's time to answer, move, cross-complain or otherwise respond to the complaint is hereby extended through **March 31, 2008**.

IT IS SO ORDERED.

Date: _____, 2008

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge
Northern District of California

SULLIVAN & CROMWELL LLP

1

[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT
CASE NO. C07-06169