1  DAVID HICKS, APLC
   DAVID HICKS, STATE BAR NOS. CALIF., 053750; NEW YORK, 2051266
2  2200 POWELL STREET, SUITE 990
   EMERYVILLE CA 94608
3  [510] 595-2000; FAX [510] 594-9555

4  COUNSEL FOR PLAINTIFF E & M TRUST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST,<br>    Plaintiff,<br>v.<br><br>INTERNATIONAL HOLDING CORPORATION OF NEVADA, and Joseph Mathew Kelaidis, James Mathew Kelaidis, Individually and Officers of International Holding Corporation of Nevada;<br><br>Gregory S. Soter, and Alan L. Rossi; PB TRADING S.A. and Jaime S. Dreyfus Zamokevich, Individually and as Director of PB Trading;<br><br>ABN AMRO BANK, N.A., PB Trading, And Rudy Beckman, Grip Verkin, J. Richter, Jamie S. Dreyfus Zamokevich, Individually and Officers and Directors of Said Corporation; John Doe 1-20;<br><br>    Defendants. | Case No. C07-06169 BZ<br><br>**PLAINTIFF E&M TRUST'S *EX PARTE* APPLICATION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE MO6TION FOR MORE DEFINITE STATEMENT.**<br><br>Assigned to: Hon. Bernard Zimmerman<br>Date Action Filed: December 5, 2007<br>Trial Date: Not yet set<br><br>Hearing:_____, 2008<br>Time: 10:a.m. |

TO THE COURT AND APPEARING PARTIES AND THEIR COUNSEL:

Plaintiff E&M Trust, through its counsel, hereby applies to extend time for which plaintiff's counsel may respond to defendants' Messrs. Soter and Rossi's MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT. This application also requests the briefing order on said motion be stayed pending resolution of this application. This application is made for good cause pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6-3 is one of the forms of ex parte application permitted pursuant to Local Rule 7-10.

E&M Trust requests a 45 day extension of time to respond for the reasons provided in the accompanying affidavit.

Dated: February 6, 2008, below.

Respectfully submitted:

*/s/ David Hicks*

DAVID HICKS, ATTORNEY FOR PLAINTIFF