1

DAVID HICKS, APLC
DAVID HICKS, STATE BAR NOS. CALIF., 053750; NEW YORK, 2051266
2200 POWELL STREET, SUITE 990
EMERYVILLE CA 94608
[510] 595-2000; FAX [510] 594-9555

COUNSEL FOR PLAINTIFF E & M TRUST

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E&M TRUST,
    Plaintiff,
v.

INTERNATIONAL HOLDING
CORPORATION OF NEVADA, and
Joseph Mathew Kelaidis, James Mathew
Kelaidis, Individually and Officers of
International Holding Corporation of
Nevada;

Gregory S. Soter, and Alan L. Rossi;
PB TRADING S.A. and Jaime S. Dreyfus
Zamokevich, Individually and as Director
of PB Trading;

ABN AMRO BANK, N.A., PB Trading,
And Rudy Beckman, Grip Verkin, J.
Richter, Jamie S. Dreyfus Zamokevich,
Individually and Officers and Directors of

Case No. C07-06169 BZ

**PROOF OF SERVICE RE** *EX PARTE* **PAPERS**

**Assigned to: Hon. Bernard Zimmerman**
**Date Action Filed: December 5, 2007**
**Trial Date: Not yet set**

**Hearing:_____, 2008**
**Time: 10:00 a.m.**

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2200 Powell Street, Suite 990, Emeryville CA 94608. On the date signed below, I served a **PLAINTIFF E&M TRUST'S *EX PARTE* APPLICATION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE MO6TION FOR MORE DEFINITE STATEMENT; AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF PLAINTIFF E&M TRUST'S *EX PARTE* APPLICATION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE MO6TION FOR MORE DEFINITE STATEMENT;** AND **[PROPOSED] ORDER GRANTING PLAINTIFF E&M TRUST'S *EX PARTE* APPLICATION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT**

☐ **[CCP 1005: opposition or reply papers only]** By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, as stated on the attached service list, before 5:00 p.m. or other method ensuring delivery by the end of the next business day.

☐ **[CCP 1011]** By personally delivering or causing to be delivered by messenger the document(s) listed above to the person(s) set forth below or on the attached service list.

☒ **[CCP 1013(a)(3) by First Class Mail]** After serving copies on all counsel by fax as a professional courtesy, service was effected by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, depositing that envelope in the United States mail at Emeryville, California, addressed as set forth below or on the attached service list, (and return receipt requested as to out of state addresses if document is a pleading or statement of damages). I am readily familiar with our law firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. Postal Service on the same day, with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one non-holiday after the date of deposit for mailing shown in this proof of service.

☐ **[CCP 1013a(2) by attorney].** I hereby certify that I am an active member of the California bar, and that I filed the above identified document, that I am not a party to the action and that my business address is 2200 Powell Street, Suite 990, Emeryville CA 94608.

☐ **[CCP 1013(c) by overnight delivery]** By overnight delivery on the parties and counsel shown on the Attached Service List] in said action, by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, and delivering that envelope to an overnight express service carrier as defined in CCP § 1013(c).

☐ **[CCP 1013(e) agreement of parties]** By facsimile transmission to the parties below at the facsimile numbers shown pursuant to written agreement.

☐(state) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒(federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 7, 2008, and mailed at Emeryville, California.

*/s/ Elizabeth C. Altieri/*
_____
Elizabeth C. Altieri

ATTACHED SERVICE LIST

ATTORNEY FOR DEFENDANTS GREGORY S. SOTER AND ALAN L. ROSSI:

Gordon J. Zuiderweg, Esq.
Law Offices of Barry K. Rothman
1901 Avenue of the Stars, Suite 370
Los Angeles, California 90067
Facsimile: (310) 557-9080

ATTORNEYS FOR DEFENDANT ABN AMRO Bank, N.A.

Brendan P. Cullen, Esq.
Amie D. Rooney, Esq.
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, California 94303
Facsimile: (650) 461-5700