1　David Hicks, APLC
David Hicks, State Bar Nos. Calif., 053750; New York, 2051266
2　2200 Powell Street, Suite 990
Emeryville CA 94608
3　[510] 595-2000; Fax [510] 594-9555
4

5　Counsel for Plaintiff E & M Trust

6

7

8

9　UNITED STATES DISTRICT COURT

10　NORTHERN DISTRICT OF CALIFORNIA

11

12　E&M TRUST,                                          ] Case No.  C07-06169 BZ
　　　　　　Plaintiff,                                    ]
13                                                       ]
　v.                                                     ] **DECLARATION OF ELIZABETH**
14                                                       ] **ALTIERI IN SUPPORT OF**
　INTERNATIONAL HOLDING                                 ] **PLAINTIFF E&M TRUST'S**
15　CORPORATION OF NEVADA, and                           ] **OPPOSITION TO DEFENDANTS'**
　Joseph Mathew Kelaidis, James Mathew                  ] **MOTION TO DISMISS FOR LACK**
16　Kelaidis, Individually and Officers of               ] **OF SUBJECT MATTER**
　International Holding Corporation of                   ] **JURISDICTION AND FOR**
17　Nevada;                                              ] **FAILURE TO STATE A CLAIM OR**
18                                                       ] **IN THE ALTERNATIVE MOTION**
　Gregory S. Soter, and Alan L. Rossi; PB              ] **FOR MORE DEFINITE**
19　TRADING S.A. and Jaime S. Dreyfus                    ] **STATEMENT.**
　Zamokevich, Individually and as Director              ]
20　of PB Trading;                                       ]
21　ABN AMRO BANK, N.A., PB Trading,                     ] Assigned to: Hon. Bernard Zimmerman
　And Rudy Beckman, Grip Verkin, J.                      ] Date Action Filed:  December 5, 2007
22　Richter, Jamie S. Dreyfus Zamokevich,                ] Trial Date:  Not yet set
　Individually and Officers and Directors of            ]
23　Said Corporation; John Doe 1-20;                     ]
24　　　　　　Defendants.                                 ] Hearing: March 19, 2008
　　　　　　　　　　　　　　　　　　　　　　] Time: 10:a.m.
25                                                       ] Place:  Courtroom G, 15th Floor
26

27

28

David Hicks, APLC
David Hicks, State Bar Nos. Calif., 053750; New York, 2051266
2200 Powell Street, Suite 990
Emeryville CA 94608
[510] 595-2000; Fax [510] 594-9555

Counsel for Plaintiff E & M Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST,<br><br>　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL HOLDING CORPORATION OF NEVADA, and Joseph Mathew Kelaidis, James Mathew Kelaidis, Individually and Officers of International Holding Corporation of Nevada;<br><br>Gregory S. Soter, and Alan L. Rossi; PB TRADING S.A. and Jaime S. Dreyfus Zamokevich, Individually and as Director of PB Trading;<br><br>ABN AMRO BANK, N.A., PB Trading, And Rudy Beckman, Grip Verkin, J. Richter, Jamie S. Dreyfus Zamokevich, Individually and Officers and Directors of Said Corporation; John Doe 1-20;<br><br>　　　Defendants. | Case No.  C07-06169 BZ<br><br>**DECLARATION OF ELIZABETH ALTIERI IN SUPPORT OF PLAINTIFF E&M TRUST'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT.**<br><br>Assigned to: Hon. Bernard Zimmerman<br>Date Action Filed:  December 5, 2007<br>Trial Date:  Not yet set<br><br>Hearing: March 19, 2008<br>Time: 10:a.m.<br>Place:  Courtroom G, 15th Floor |

## DECLARATION OF E. ALTIERI IN SUPPORT OF
## OPPOSITION TO MOTION TO DISMISS

I, ELIZABETH ALTIERI, hereby declare:

I am an employee of the attorney of record for plaintiff herein.  I have personal knowledge of the matters stated in this declaration. The source of my information given herein is derived from personal knowledge, investigation and discussions conducted in the ordinary course of this case. The following facts are within my personal knowledge, and if called as a witness, I could and would competently testify thereto:

1.      I make this Declaration in support of plaintiff E&M Trust's Opposition to the Motion to Dismiss filed by defendants Soto and Rossi in this case.

2.      **The information provided beginning with paragraph 3 is upon information and documents I have obtained from others and believe to be true.**  The sources of my information are the documents that I attach hereto, other documents I have examined, internet research I did and conversations with attorneys and Dr. Spencer.  This morning, on the date subscribed below, I was able to speak to Dr. William Spencer, who is currently in Federal prison in North Carolina having been convicted by a jury for attempting to utilize a purported "Bank Guarantee" allegedly issued by defendant ABM-AMRO Bank, N.A (*See* Exhibit 1 of Civil Complaint.) in connection with an attempt to purchase Hawaiian Airlines (in bankruptcy). I personally spoke with attorneys Jerry Tritz, who was Dr. Spencer's criminal trial and with attorney Ed Tsaz, both in New York City.  I also reviewed the transcripts of the opening and closing statements of both of those attorneys and the United States attorney who prosecuted the action, consisting in the record of approximately 161 pages. Another source of my information and belief is my 25 years of experience in commercial banking wherein I attained Regional Vice President

status for an international bank, prior to my retiring and becoming a paralegal with Mr. Hicks' law firm and my conversation this date with William Spencer.

3.    From what I gather, the only money lost in any related transaction was Dr. Spencer's own money wired to a company involving movants Soter and Rossi in the amount of $72,500. It struck me as a parallel to the "good faith" payment asked by various "Nigerian Princes", which I continue to investigate, and which I explain infra at ¶7 with Exhibit E, in more detail. Of course, at this early stage I cannot be absolutely certain of more than the documents in hand's existence. The attorneys I spoke with admitted to me that they hadn't thought

4.    I have personally done extensive research on the Internet regarding this case and the criminal complaints and convictions of William Spencer and Paul Boghosian filed by the U.S. Attorney's Office in United States District Court, Southern District Of New York, Case No. 05CR351(LAP), both of which are on appeal.

5.    Exhibits A through D attached hereto are true and correct copies of documents faxed to this office from William Spencer this morning at my request. I have personal knowledge of the attached Exhibit's contents which support the relief sought, in that said documents provide preliminary documentation of a $72,500 wire transfer initiated by William Spencer from a Bank of America account owned by him, and sent to the attention of Vista Development, LLC, in Las Vegas, Nevada.

6.    I am informed and believe that Exhibits B and C are printouts of Bank of America computer screens, with Exhibit B showing the origination of the wire transfer, and Exhibit C showing the destination of the wire transfer. Both Exhibit A and C indicate that the receiving entity/person as defendant (and still not located) Joseph M. Kelaidis at Vista Development, LLC in Las Vegas, Nevada. However, defendants Soter and Rossi are identified as managing

members of Vista Development, LLC by the Nevada Secretary of State, Exhibit D. The address listed for Vista Development, LLC is identical in Exhibits A and C are that of defendant (and still not located) International Holding Corporation of Nevada, as seen in Exhibit E.

7.    Exhibit F attached hereto is a four page document which resulted from my internet search of "PB Trading S.A.", an entity which I am informed and believe that plaintiff originally believed was related to defendant ABM-AMRO Bank N.A. However, I confirmed with one of the attorneys representing ABM-AMRO Bank N.A., Amie Rooney, that her client was solely the Bank. See, Exhibit G. Exhibit F documents appear to me, based upon my experience and other information shown *passim*, to indicate that P.B. Trading S.A. has been associated with similar "Bank Guarantee" scams as William Spencer has been convicted of being involved with. In other words, that that company is engaged in systematic unlawful activity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except for those matters stated on information and belief, which your declarant believe to be true and correct.

Done this 12th day of February 2008 at Emeryville, California.

*ECaltieri*

Elizabeth Altieri

---

DECLARATION OF ALTIERI IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CASE NO. C07-06169 BZ

4

# EXHIBIT A

## Section I: Requester/Originator Information

| Name William + Spencer | Telephone # (510) 632-3168 | Date Wire to be Sent 6/6/05 | |
|---|---|---|---|
| Address 715 Mac Arthur Blvd | City San Leandro | State CA | Zip |

| Customer ID Type | ID# | Issue State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| 1. DL | 1. D009321 | 1. CA | 1. 2/3/04 | 1. 2/25/09 |
| 2 | 2. N/A | 2. N/A | 2. N/A | 2. N/A |

## Section II: Associate Accepting Wire

| Associate Name William J. Lee | Unit #/Work Phone # 1196/243-6465 | Date 6/3/05 | Time 14:22 | Mailcode CA4-1780-10 |
|---|---|---|---|---|
| Callback Required if Phone, Fax or Letter ☐ Yes ☐ N/A | Name of Person Contacted | Date/Time | Market Approval (if required) | |
| Callback Completed by: | | | | |

## Section III: Transfer Payment Instructions (Domestic and US Dollar International only)

| Amount of Wire $ 72,500 00 | Debit Account Type (circle one) (CHKG) SAV ICA GL | Serial # (For ICA/GL) or Repetitive ID# | | Source ☑ OTC ☐ Fax ☐ Phone ☐ Letter |
|---|---|---|---|---|
| Account to Debit 06934-11164 | State CA | Available Balance $ 73,267.64 | Account Title W.H Spencer / Expense Acct | |
| Overdraft Amount $ | Overdraft Approved by (Name & Signature) | | Date | Wire Fee $ 35.00 |

## Section IV: Transfer Payment Instructions (Foreign Currency International only)

| USD Amount of Wire $ | Country | Rate | Foreign Currency Amount | FX Reference ID (if applicable) |
|---|---|---|---|---|
| Debit Account Type (circle one) CHKG SAV ICA GL | Serial # (For ICA/GL) or Repetitive ID# | | | Source ☐ OTC ☐ Fax ☐ Phone ☐ Letter |
| Account to Debit | State | Available Balance $ | Account Title | |
| Overdraft Amount $ | Overdraft Approved by (Name & Signature) | | Date | Wire Fee $ |

## Section V: Wire Information

| Beneficiary Name Vista Development LLC International Holding Corp of Nevada | Beneficiary Account # 0572014249 |
|---|---|

| Beneficiary Address: Street 1704 North Jones | City Las Vegas | State NV | Country | Zip 89108 |
|---|---|---|---|---|
| Beneficiary Bank Name Nevada State bank | | ABA #/Swift # 122400779 | | |
| Beneficiary Bank Address (if available) Street 4001 East Sunset Rd | City Henderson | State NV | Country | Zip 89014 |

Additional Instructions (Attention To, Phone Advise, Customer Reference, Contact Upon Arrival)
Attn Joseph M Kelardis, Pres. US Passport 095583390

| Send Thru Bank (if available) | | ABA #/Swift # |
|---|---|---|
| Send Thru Bank Address Street | City | State | Country | Zip |

## Section VI: Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions note herein (including debiting my account if applicable), and agree that such transfer of funds is subject to the Bank of America standard transfer agreement (see reverse side) and applicable fees.

| Customer's Signature: | Date of Request: 6/6/05 |
|---|---|

## Section VII: Wire System Entry Approval

BAT Approval Authorization # (if applicable)

| Wire Entered by: Name/Signature (attach BFT screens 3 & 4) Print: William J. Lee Signature: | BFT System Time 14:14 | BFT Sequence # 0105962006875 | |
|---|---|---|---|
| Date of Entry/Entry Approval 6/6/05 Print: William Lee Approved By (Name/Signature) Signature: | | | BFT System Time 14:16:58 |

**Note: Purpose of Wire must be disclosed if sent to an OFAC blocked country - See TAQ ny.help.block.entry**
**When debiting internal account/ICA, send original to National Channel Ops (SC3-250-02-39)**

# EXHIBIT B

```
                               0  BFT                        05/06/06 14.09.4
BFT1         CO    318 OP NBK6 2S7
                  NON-REPETITIVE INTERNAL/OUTBOUND WIRE DEBIT SCREEN

  COUNT        72,500.00      DEBIT DATE  06/06/2005      VALUE DATE   06/06/2005
    RCE (OTC,PHN,FAX,LTR)     OTC   PURPOSE  PAYMENT
  DEBIT ACCT TYPE  D  (D=DDA,G=G/L,      ACCT #  000693411164        STATE   CA
                    I=ICA,S=SAV)        COST CENTER          SERIAL#
  AVAILABLE BALANCE            73,217.68  RESULTING BALANCE              717.68
  OD APPROVED BY                        ACCT STATUS   UNCONVERTED

  ACCOUNT TITLE      EXPENSE ACCOUNT/ WH SPENCER
           ADDR      715 MAC ARTHUR BLVD
                     SAN LEANDRO CA

  DOES DEBIT ACCOUNT BELONG TO ORIGINATING PARTY (Y/N) ?        Y
  ORIG PARTY NAME                                      ID
  STREET ADDR
  CITY                      STATE        ZIP              COUNTRY

  WAIVE FEES (Y/N) ?  N    REASON
  PRINT SCREEN. PRESS PF12 TO CONTINUE.
        ACTION SUCCESSFUL
  PF4=MAIN MENU PF9=CANCEL PF12=CONTINUE
```

# EXHIBIT C

```
                              0 BFT                    05/06/06 14.14.
BFT1          CO    318 OP NBK6 2S7
              NON-REPETITIVE DOMESTIC OUTBOUND WIRE CREDIT ENTRY
BENEFICIARY NAME   VISTA DEVELOPMENT, LLC
              ACCT# 0572014249
              ADDR  1704 N. JONES                      (IF PROVIDED)
              CITY  LAS VEGAS           STATE  NV  COUNTRY  US

ATTN/PHONE ADVISE       JOSEPH M KELAIDIS          NUMBER  7025214141
CUSTOMER REFERENCE

ADDT INSTRUCTIONS FOR BANK  US PASSPORT 095583390




PRINT SCREEN. BFT SEQUENCE # 01050606006876 VERIFY BY 16:30
        ACTION SUCCESSFUL
PF4=MAIN MENU PF9=CANCEL PF11=PREV SCRN PF12=CONTINUE
```

# EXHIBIT D

Entity Details - Secretary of State, Nevada

# VISTA DEVELOPMENT, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Default on 8/1/2007 | File Date: | 7/22/2004 |
| Type: | Domestic Limited-Liability Company | Corp Number: | LLC16140-2004 |
| Qualifying State: | NV | List of Officers Due: | 7/31/2007 |
| Managed By: | Managers | Expiration Date: | 12/31/2040 |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | GREGORY S. SOTER | Address 1: | 209 SHADOW POINTE ST. |
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89074 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

**No stock records found for this company**

## Officers                    ☑ Include Inactive Officers

### Managing Member - VISTA DEVELOPMENT/GREGORY SOTER

| | | | |
|---|---|---|---|
| Address 1: | 6960 O BANNOUDE DR STE 160 | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89117 | Country: | |
| Status: | Active | Email: | |

### Managing Member - ALAN L ROSSI

| | | | |
|---|---|---|---|
| Address 1: | 4634 ORDWAY DR | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89139 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | LLC16140-2004-001 | # of Pages: | 1 |
| File Date: | 07/22/2004 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Initial List | | |
| Document Number: | LLC16140-2004-002 | # of Pages: | 1 |
| File Date: | 10/06/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050234730-06 | | |
| File Date: | 06/15/2005 | # of Pages: | 1 |
| | | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060359273-27 | | |
| File Date: | 06/02/2006 | # of Pages: | 1 |
| | | Effective Date: | |
| (No notes for this action) | | | |

**EXHIBIT E**

Forgot Password?    SIGN UP    Search:

HIGH YIELD FINANCE FORUMS Number One Alternative Finance & Investment Forum

## HIGH YIELD FINANCE FORUMS > HIGH YIELD FINANCE Main Board

RSS Email

0 Kudo  **PB Trading SA or CDM Holdings Australia**

Search Topic

New Topic     Add Reply

<< Previous Topic   Next Topic >>

| Author | Comment |
|---|---|
| ⊙ **dugganlaw**<br><br>Posts: 21<br>(09/06/07 10:27:57)<br>Reply Quote More | **PB Trading SA or CDM Holdings Australia**          Lead    [-]<br><br>**TAGS :** None<br><br>Information required on the above companies. They have provided an address of 777 Third Ave Newyork. Have contacted lawyers in this buiding who state that the occupiers of suite 14 as identified by PB trading as its trading address, is one of the oldest brokerage firms in New York city.<br><br>info on other parties would also be appreciated associated with the above.<br><br>Antoncio Acosta<br><br>Ralph Cohen, current whereabouts would be most beneficial, telephone, email address etc.<br><br>Our Client is prepared to pay a reward if information leads to a successful conviction against Cohen.<br><br> |
| ⊙ **SG2020**<br><br>Posts: 2<br>(12/08/07 12:12:53)<br>Reply Quote More | **Cohen**                                            #1    [-]<br><br>Cohen |
| ⊙ **SG2020**<br><br>Posts: 2<br>(12/08/07 12:16:07)<br>Reply Quote More | **Cohen**                                            #2    [-]<br><br>Cohen and PB Trading have been scamming people all over through various associates, such as Luis Alberto Camus in Chile, with their bogus Bank Guarantee trading programs. They take your money and then they sail off into the sunset. Cohen and all the rest of these punks should be prosecuted and imprisoned. |
| ⊙ **dugganlaw**<br><br>Posts: 21 | **Cohen and PB Trading**                             #3    [-] |

| (12/08/07 12:50:00)  Reply Quote More | we got the resources and evidence to prosecute and send these people away for a long time. |
|---|---|
| | what we cannot find is a factural address for cohen |
| | anyone who can provide this and we will fund each and every claim against Cohen and his associates. |
| | Please trust me we have the ear of the authorities on this one and will push to the very end if we can locate Cohen |
| | FYI CD holding in australia, is a private house in queensland, we have been there with the police and the poor individual who lives there has absolutely no idea his address was used by these crooks. |

| ◎ **Delrayv**  Posts: 2  (01/15/08 08:25:22)  Reply Quote More | **PB Trading SA/CDM Holdings Australia** #4 [-] |
|---|---|

I have quite a bit of information and documents from Ralph Cohen including fake POF's and stupid procedures to enter into bank window screens to block and request a MT 760. Crazy stuff indeed.

Ralph is in London. Anything else you need, contact me off board.

**E*TRADE - Official Site**

Everyday Smart Deals to Help You
Save and Earn. Apply Now!
ETRADE.com
**Fixed Income Back Office**

Systems for fixed income trading
and MBS allocation. (800) 969-5058
www.readq.com

Ads by Google

| ◎ **dugganlaw**  Posts: 18  (01/15/08 12:27:02)  Reply Quote More | #5 [-] |
|---|---|
| | many thanks have left you a private message with contact telephone number |

| ◎ **2757**  Posts: 1  (02/01/08 04:58:22)  Reply Quote More | 2757 #6 [-] |
|---|---|

# DOES ANYONE OUT THERE HAVE ANY TELEPHONE NUMBERS, ADDRESSES AND / OR E-MAIL ADDRESSES FOR PB TRADING AND / OR RALPH COHEN

| ◎ **scplp**  Posts: 2  (02/01/08 18:21:59)  Reply Quote More | #7 [-] |
|---|---|

MES Medical Equipment and Services SA
(CH-660.0.593.990-7)
was prior PB Trading SA in Geneva, Switzerland
<4 septembre 1995
MES Medical Equipment and Services SA, à G e n è v e, commerce de produits en
particulier dans le domaine médical; etc. (FOSC du 10. 10. 1994, p. 5594). Capital-
actions porté de fr. 50 000 à fr. 100 000 par l'émission de 50 actions de fr. 1000, au
porteur.
Capital- actions: fr. 100 000, entièrement libéré, divisé en 100 actions de fr. 1000, au
porteur. Statuts modifiés le 30. 8. 1995. Guigou-Baumann Nelly n'est plus
administratrice; ses pouvoirs sont radiés. Bagdjian Agavni, de et à Genève, est
administratrice unique avec signature individuelle. Bagdjian Serge est maintenant
domicilié à Genève.
Nouvelle adresse: rue du Cendrier 15, c/o Gesco Fiduciaire SA.>

CDM Holdings I believe is a UK company
101 WESTMEAD ROAD
SUTTON
SURREY
SM1 4HX

There is one in WA Australia linked to this one at
ABN: 20 008 721 999
View current ABN details

Last modified: 01 Nov 2007
ABN status From To
Active 18 Mar 2000 (current)
Entity names From To
C.D.M. HOLDINGS PTY LTD 29 May 2000 (current)
C D M HOLDINGS PTY LTD 18 Mar 2000 29 May 2000
Entity type
Australian Private Company
Main business locations From To
WA 6059 31 Oct 2007 (current)
WA 6062 18 Mar 2000 31 Oct 2007
Trading name(s) From To
GST status From To
No current or historical GST registrations
Deductible Gift Recipient
Not entitled to receive tax deductible gifts
ACN or ARBN:
008721999

---

© **meparalegal**

Posts: 1
(02/08/08 15:17:24)
Reply Quote More

**Still looking?**                                                    #8    [-]

My firm also is involved with a scam with PB Trading S.A. However the perpetrators include Joseph Kelaidis, his defunct company International Holding Corporation of Nevada, and others. It named ABN Amro Bank as the issuer of the "bank guarantee". See www.blackinformationhighway.com/Apache%20Nation%20Funds.htm for details on this case.



Ads by Google

<< Previous Topic    Next Topic >>

Bookmarks    Forum Jump    **Add Reply**

**Quick Reply**

bbcode help



**Shortcuts:** bold: *CTRL-b*, italic: *CTRL-i*, underline: *CTRL-u*, image: *CTRL-ALT-i*, link: *CTRL-l*, spoiler: *CTRL-s* (Pressing shortcut a second time will move the caret out of the inserted bbcode.)

☑ Use Smilies (complete smilies list)  ☑ Convert URLs  ☐ Preview

Quick Reply

## HIGH YIELD FINANCE FORUMS > HIGH YIELD FINANCE Main Board

Click to subscribe by RSS

Click to receive E-mail notifications of replies

profiles  | communities  | faq  | about  | legal  | privacy  | support  | contact  | help

©2007 Yuku. All rights reserved.
Powered by Yuku© Ver. 27956

**EXHIBIT F**

# INTERNATIONAL HOLDING CORPORATION OF NEVADA

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Revoked on 11/1/2006 | File Date: | 10/1/2003 |
| Type: | Domestic Corporation | Corp Number: | C23942-2003 |
| Qualifying State: | NV | List of Officers Due: | 10/31/2005 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | JOSEPH M. KELAIDIS | Address 1: | 1704 NO. JONES |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89108 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 1.00 |
| Par Share Count: | 1,000.00 | Par Share Value: | $ 0.001 |

## Officers                                        ☐ Include Inactive Officers

**Secretary - JAMES MATHEW KELAIDIS**

| | | | |
|---|---|---|---|
| Address 1: | 1704 NORTH JONES | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89108 | Country: | |
| Status: | Active | Email: | |

**Treasurer - JAMES MATHEW KELAIDIS**

| | | | |
|---|---|---|---|
| Address 1: | 1704 NORTH JONES | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89108 | Country: | |
| Status: | Active | Email: | |

**President - JOSEPH MATHEW KELAIDIS**

| | | | |
|---|---|---|---|
| Address 1: | 1704 NORTH JONES | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89108 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C23942-2003-001 | # of Pages: | 6 |
| File Date: | 10/01/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C23942-2003-003 | # of Pages: | 1 |
| File Date: | 12/31/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C23942-2003-002 | # of Pages: | 1 |
| File Date: | 12/02/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |

# EXHIBIT G

**Liz Altieri**

**From:**   Rooney, Amie D. [RooneyA@SULLCROM.com]
**Sent:**   Friday, February 08, 2008 3:04 PM
**To:**   Liz Altieri
**Cc:**   Graham Jr., Philip L.
**Subject:** RE: E&M Trust v ABN AMRO et al.


Liz,
We only represent ABN AMRO Bank.  We have no information or knowledge of any other defendants in this matter.
Regards,
Amie

Amie D. Rooney
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
(650) 461-5600
(650) 461-5700 (fax)
rooneya@sullcrom.com

-----Original Message-----
**From:** Liz Altieri [mailto:liz@davidhickslaw.com]
**Sent:** Friday, February 08, 2008 3:01 PM
**To:** Rooney, Amie D.
**Subject:** E&M Trust v ABN AMRO et al.

Amie:

Do you have any information on PB Trading S.A.  Are they represented by your firm?  Thank you.

Liz Altieri, Paralegal and Senior Research Assistant
David Hicks APLC
2200 Powell Street, Suite 990
Emeryville, CA  94608
(510) 595-2000

2/8/2008