1 | GORDON J. ZUIDERWEG, ESQ. (SBN 83101)
LAW OFFICES OF BARRY K. ROTHMAN
2 | 1901 Avenue of the Stars
Suite 370
3 | Los Angeles, California 90067
Telephone:     (310) 557-0062
4 | Facsimile:     (310) 557-9080

5 | Attorneys For Defendants Gregory S. Soter and
Alan L. Rossi

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | E&M TRUST,

12 |          Plaintiff,

13 | v.

14 | INTERNATIONAL HOLDING
CORPORATION OF NEVADA,
15 | *et al.*,

16 |          Defendants.

CASE NO.:   C07-06169 BZ

**REQUEST FOR JUDICIAL NOTICE BY
DEFENDANTS SOTER AND ROSSI
SUBMITTED IN REPLY TO PLAINTIFF'S
OPPOSITION AND IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS
COMPLAINT FOR LACK OF SUBJECT
MATTER JURISDICTION [FRCP RULE
12(b)(1)] AND FOR FAILURE TO STATE A
CLAIM [FRCP RULE 12(b)(6)] OR, IN THE
ALTERNATIVE, MOTION FOR MORE
DEFINITE STATEMENT [FRCP
RULE12(e)]**

Hearing:
Date:     March 19, 2008
Time:     10:00 a.m.
Place:     Courtroom G, 15th Floor

22 |          Pursuant to Federal Rule of Evidence 201, Defendants Gregory S. Soter and Alan L. Rossi, by

23 | and through their attorney, hereby request that the Court take judicial notice of the following:

24 |          1.     In 2006, the address of Defendant International Holding Corporation of Nevada was

25 |          1704 N. Jones, Las Vegas, Nevada 89108;

26 |          2.     In 2006, the address of Defendant Joseph Mathew Kelaidis was 1704 N. Jones, Las

27 |          Vegas, Nevada 89108;

28 | //

1

3.    In 2006, the address of Defendant James Mathew Kelaidis was 1704 N. Jones, Las Vegas, Nevada 89108;

4.    In 2006, Defendant Joseph Mathew Kelaidis was the resident agent and President of Defendant International Holding Corporation of Nevada;

5.    In 2006, Defendant James Mathew Kelaidis was the Secretary and Treasurer of Defendant International Holding Corporation of Nevada; and

6.    The Entity Details of the Nevada Secretary of State for International Holding Corporation of Nevada are attached hereto as Exhibit 1.

Pursuant to Federal Rule of Evidence 201, Defendants Gregory S. Soter and Alan L. Rossi, by and through their attorney, hereby request that the Court take judicial notice of the Entity Details of the Nevada Secretary of State for International Holding Corporation of Nevada, which are attached hereto as Exhibit 1, and the facts set forth therein.

Dated: February 19, 2008                LAW OFFICES OF BARRY K. ROTHMAN

By _Gordon J. Zuiderweg_
Gordon J. Zuiderweg, Esq.
Attorneys For Defendants Gregory S. Soter and Alan L. Rossi

2

**EXHIBIT 1**

# INTERNATIONAL HOLDING CORPORATION OF NEVADA

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Revoked on 11/1/2006 | File Date: | 10/1/2003 |
| Type: | Domestic Corporation | Corp Number: | C23942-2003 |
| Qualifying State: | NV | List of Officers Due: | 10/31/2005 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | JOSEPH M. KELAIDIS | Address 1: | 1704 NO. JONES |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89108 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 1.00 |
| Par Share Count: | 1,000.00 | Par Share Value: | $ 0.001 |

## Officers                              ☐ Include Inactive Officers

### Secretary - JAMES MATHEW KELAIDIS

| | | | |
|---|---|---|---|
| Address 1: | 1704 NORTH JONES | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89108 | Country: | |
| Status: | Active | Email: | |

### Treasurer - JAMES MATHEW KELAIDIS

| | | | |
|---|---|---|---|
| Address 1: | 1704 NORTH JONES | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89108 | Country: | |
| Status: | Active | Email: | |

### President - JOSEPH MATHEW KELAIDIS

| | | | |
|---|---|---|---|
| Address 1: | 1704 NORTH JONES | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89108 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C23942-2003-001 | # of Pages: | 6 |
| File Date: | 10/01/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C23942-2003-003 | # of Pages: | 1 |
| File Date: | 12/31/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C23942-2003-002 | # of Pages: | 1 |
| File Date: | 12/02/2004 | Effective Date: | |

**EXHIBIT 1**

**List of Officers for 2004 to 2005**

1

**PROOF OF SERVICE**

2          Gordon J. Zuiderweg certifies and declares as follows:

3          I am an attorney at law duly licensed to practice before all the courts of the State of California,

4    and I am a member of the Law Offices of Barry K. Rothman, attorneys for Defendants Soter and Rossi

5    herein. I am over the age of 18 and not a party to this action. My business address is 1901 Avenue of

6    the Stars, Suite 370, Los Angeles, California 90067, which is located in the county where the mailing

7    described below took place.

8          On February 19, 2008, I deposited in the mail at Los Angeles, California, true and correct copies

9    of the foregoing REQUEST FOR JUDICIAL NOTICE BY DEFENDANTS SOTER AND ROSSI

10   SUBMITTED IN REPLY TO PLAINTIFFS' OPPOSITION AND IN SUPPORT OF DEFENDANTS'

11   MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP

12   RULE 12(b)(1)] AND FOR FAILURE TO STATE A CLAIM [FRCP RULE 12(b)(6)] OR, IN THE

13   ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP RULE12(e)] in sealed

14   envelopes, with postage prepaid, addressed to:

15   David Hicks, Esq.
     David Hicks, APLC
16   2200 Powell Street
     Suite 990
17   Emeryville, California 94608

18   Brendan P. Cullen, Esq.
     Amie Rooney, Esq.
19   Sullivan & Cromwell LLP
     1870 Embarcadero Road
20   Palo Alto, California 94303

21         I declare under penalty of perjury under the laws of the State of California and those of the

22   United States of America that the foregoing is true and correct.

23         Executed in Los Angeles, California on February 19, 2008.

24

25

26                                              Gordon J. Zuiderweg

27

28