UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E&M TRUST,                      )
                               )
           Plaintiff(s),       )      No. C07-6169 BZ
                               )
     v.                        )
                               )      **ORDER GRANTING MOTION FOR**
ABN AMRO BANK, N.A., et al.,)         **MORE DEFINITE STATEMENT**
                               )
                               )
           Defendant(s).       )
_____)

     Before the court is the motion of defendants Soter and
Rossi to dismiss the complaint for a variety of reasons or in
the alternative for a more definite statement and plaintiff's
ex parte application to enlarge time to respond to defendants'
motions.  The court finds no need for argument.

     Inasmuch as the complaint was filed pro se and
plaintiff's counsel has recently been retained, **IT IS ORDERED**
as follows:

     1.  Defendants' Motion For More Definite Statement is
**GRANTED.**  By no later than **March 20, 2008**, plaintiff shall
file an amended complaint which addresses the issues raised in
the defendants' motion, especially whether there is federal

1

1    jurisdiction.

2        2.   Defendant's response to the amended complaint shall

3    be filed no later than **April 7, 2008**.

4        3.   The other motions are **DENIED AS MOOT**.

5    Dated: February 27, 2008

6

7    _____
          Bernard Zimmerman
     United States Magistrate Judge

8

9    G:\BZALL\-BZCASES\E&M TRUST\ORDER.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28