GORDON J. ZUIDERWEG, ESQ. (SBN 83101)
LAW OFFICES OF BARRY K. ROTHMAN
1901 Avenue of the Stars
Suite 370
Los Angeles, California 90067
Telephone:    (310) 557-0062
Facsimile:    (310) 557-9080

Attorneys For Defendants Gregory S. Soter and
Alan L. Rossi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST, | CASE NO.:   C07-06169 BZ |
| Plaintiff, | [PROPOSED] ORDER EXTENDING DATES TO CONDUCT RULE 26 MEET AND CONFER, TO COMPLETE INITIAL DISCLOSURES, AND TO FILE RULE 26(f) REPORT |
| v. | |
| INTERNATIONAL HOLDING CORPORATION OF NEVADA, et al., | |
| Defendants. | |

The Ex Parte Application of Defendants Soter And Rossi To Extend Dates To Conduct Rule 26 Meet and Confer, To Complete Initial Disclosures, And To File Rule 26(f) Report came before the Court.

Having considered the Ex Parte Application of Defendants Soter And Rossi To Extend Dates To Conduct Rule 26 Meet and Confer, To Complete Initial Disclosures, And To File Rule 26(f) Report, and good cause appearing, IT IS HEREBY ORDERED that:

1. The date for the parties to meet and confer pursuant to Rule 26 of the Federal Rules of Civil Procedure regarding initial disclosures is hereby extended from March 10, 2008, to <u>May 12, 2008</u>; and

//

1

2.  The date for the parties to complete initial disclosures and file the Rule 26(f) Report is hereby extended from March 24, 2008, to <u>May 26, 2008</u>.

Dated: _____

United States Magistrate Judge Bernard Zimmerman
United States District Court
Northern District of California

[PROPOSED] ORDER EXTENDING DATES TO CONDUCT RULE 26 MEET AND CONFER, TO COMPLETE INITIAL DISCLOSURES, AND TO FILE RULE 26(f) REPORT - Case No. C07-06169 BZ

## PROOF OF SERVICE

Gordon J. Zuiderweg certifies and declares as follows:

I am an attorney at law duly licensed to practice before all the courts of the State of California, and I am a member of the Law Offices of Barry K. Rothman, attorneys for Defendants Soter and Rossi herein. I am over the age of 18 and not a party to this action. My business address is 1901 Avenue of the Stars, Suite 370, Los Angeles, California 90067, which is located in the county where the mailing described below took place.

On March 7, 2008, I deposited in the mail at Los Angeles, California, true and correct copies of the foregoing [PROPOSED] ORDER EXTENDING DATES TO CONDUCT RULE 26 MEET AND CONFER, TO COMPLETE INITIAL DISCLOSURES, AND TO FILE RULE 26(f) REPORT, in sealed envelopes, with postage prepaid, addressed to:

| | |
|---|---|
| David Hicks, Esq.<br>David Hicks, APLC<br>2200 Powell Street<br>Suite 990<br>Emeryville, California 94608<br>Facsimile:   (510) 594-9555 | Brendan P. Cullen, Esq.<br>Amie Rooney, Esq.<br>Sullivan & Cromwell LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303<br>Facsimile:   (650) 461-5700 |

On March 7, 2008, I also transmitted true and copies of the foregoing [PROPOSED] ORDER EXTENDING DATES TO CONDUCT RULE 26 MEET AND CONFER, TO COMPLETE INITIAL DISCLOSURES, AND TO FILE RULE 26(f) REPORT, to all counsel at the above-listed facsimile numbers.

I declare under penalty of perjury under the laws of the State of California and those of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on March 7, 2008.

*Gordon J. Zuiderweg*
Gordon J. Zuiderweg

[PROPOSED] ORDER EXTENDING DATES TO CONDUCT RULE 26 MEET AND CONFER, TO COMPLETE INITIAL DISCLOSURES, AND TO FILE RULE 26(f) REPORT - Case No. C07-06169 BZ