1 | Brendan P. Cullen (SBN 194057) cullenb@sullcrom.com
Amie D. Rooney (SBN 215324) rooneya@sullcrom.com
2 | SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
3 | Palo Alto, California 94303
Telephone: (650) 461-5600
4 | Facsimile: (650) 461-5700

5 | Attorneys for Defendant ABN AMRO Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| E&M TRUST, | ) Case No. C07-06169 |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER FOR DISMISSAL WITH** |
| | ) **PREJUDICE OF DEFENDANT ABN** |
| v. | ) **AMRO BANK, N.A.** |
| ABN AMRO BANK, N.A., PB TRADING S.A., JAIME S. DREYFUS ZAMOKEVICH, J. RICHTER, RUDY BECKMAN, GRIP VERKIN, | ) Judge: The Hon. Bernard Zimmerman |
| | ) Date Action Filed: December 5, 2007 |
| | ) Trial Date: Not yet set |
| Defendants. | ) |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. C07-06169

IT IS HEREBY STIPULATED AND AGREED by plaintiff E&M Trust and defendant ABN AMRO Bank N.A. ("ABN AMRO"), through their undersigned counsel, that the above-entitled action, including the Complaint and all causes of action therein, be and hereby is dismissed with prejudice as against ABN AMRO pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Date: March 17, 2008

/s/ Brendan P. Cullen
_____
Brendan P. Cullen (SBN 194057)
Amie D. Rooney (SBN 215324)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for ABN AMRO Bank, N.A.

Date:

/s/ David Hicks
_____
David Hicks (SBN 053750)
DAVID HICKS, APLC
2200 Powell Street, Suite 990
Emeryville, CA 94608
Telephone: (510) 595-2000
Facsimile: (510) 594-9555

Attorneys for Plaintiff E&M Trust

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____

_____
THE HONORABLE BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE