DAVID HICKS, STATE BAR NUMBERS: CALIF. 053750; NEW YORK 2051266
DAVID HICKS APLC
2200 POWELL STREET, SUITE 990
EMERYVILLE CA 94608
[510] 595-2000; FAX [510] 594-9555

COUNSEL FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&M TRUST | Case No. C07-06169 BZ |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | [FRCP 41(a)(1)(B)] |
| INTERNATIONAL HOLDING CORPORATION OF NEVADA, and Joseph Mathew Kelaidis, James Mathew Kelaidis, Individually and Officers of International Holding Corporation of Nevada; | **Assigned to: Hon. Bernard Zimmerman**<br>**Date Action Filed: December 5, 2007**<br>**Trial Date: Not yet set** |
| Gregory S. Soter, and Alan L. Rossi; PB TRADING S.A. and Jaime S. Dreyfus Zamokevich, Individually and as Director of PB Trading; | |
| ABN AMRO BANK, N.A., PB Trading, And Rudy Beckman, Grip Verkin, J. Richter, Jamie S. Dreyfus Zamokevich, Individually and Officers and Directors of Said Corporation; John Doe 1-20; | |
| Defendants, | |

1  TO THE COURT AND TO COUNSEL FOR ALL APPEARING DEFENDANTS:

2     Plaintiff dismisses this complaint.

3

4  Dated: March 19, 2008

5                                          _____
                                           David Hicks (SBN 053750)
6                                          DAVID HICKS APLC.
                                           2200 Powell Street, Suite 990
7                                          Emeryville, CA  94608
                                           Telephone: (510) 595-2000
8                                          Facsimile:  (510) 594-9555

9                                          Attorney for E&M Trust

10

11

12

13                       .

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2